# SEALED



FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FEB - 7 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Ex Rel. Fatima Ann Katumbusi, Relator* | ) Case No.:<br>)<br>) **2:22- CV 0 2 5 0 -** JAM *JDP* **PS**<br>) |
| Complainant, | ) FILED UNDER SEAL<br>) |
| vs. | ) False Claims Act<br>) JURY TRIAL DEMANDED |
| WASATCH PROPERTY MANAGEMENT,<br>WASATCH HOLDING et. al., RELIANT PROPERTY<br>MANAGEMENT, OAK VALLEY, LLC, OAK VALLEY,<br>LP., Does 1-100 | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>)<br>) |
| _____ | ) |

## QUI TAM COMPLAINT

1.      Relator, Fatima Ann Katumbusi, and her offspring Z.K., brings this *qui tam* action in the name of the United States, under 31 U.S. C. § 3729, et. seq to recover damages, penalties and other remedies established by the False Claims Act and allege as follows;

### I.    SUMMARY INTRODUCTION

2.      This action alleges that, since at least 2015, Defendants have knowingly submitted, and continue to submit, false and fraudulent claims to the government, for payment through the public housing authority.   Knowingly the housing unit is uninhabitable and they refuse to fix and remediate leaking pipes, leaking walls, water damage, mildew, moist and damp ceilings, toxic mold, noxious fumes, such as but not limited to ammonia, acetone, marijuana, and demanded wherefore, added renters insurance to relator's  updated lease agreement.

3.      Defendants' knowing submission of false and fraudulent claims for payment,

constitutes a violation of the federal False Claims Act, 31 U.S.C. §§ 3729 et seq. ("FCA"

or"Act").

4.      Fatima, contends these services constitute impermissible rent under the Section 8 contracts

and regulations, and defendants therefore violated the Housing Choice voucher Program

contracts and submitted false claims for reimbursement under the federal program.

The Act:

5.      The False Claims Act was enacted during the Civil War. Congress enacted major

amendments to the False Claims Act in 1986 to enhance the Government's ability to

recover losses sustained as a result of fraud against the United States after finding

that fraud in federal programs was pervasive and that the False Claims Act, which

Congress characterized as the primary tool for combating government fraud was in

need of modernization.   Congress intended that the amendments create incentives for

individuals with knowledge of fraud against the government to disclose the

information without fear of reprisals or Government inaction, and to encourage the

private bar to commit legal resources to prosecuting fraud on the Government's  behalf.

6.      The False Claims Act provides that any person who knowingly submits or causes the

submission of a false or fraudulent claim to the U.S. Government for payment or  approval

is liable for a civil penalty of up to $11,000 for each such claim, plus three times the

amount of the damages sustained by the Government.

7.      The Act allows any person having information about a false or fraudulent claim against

the Government to bring an action for himself and the Government and to share in

any recovery. The Act requires that the complaint be filed under seal for a minimum, of 60

days (without service on the defendant during that time) to allow the Government time to

conduct its own investigation and to determine whether to join the suit.

8.      Under the Housing Choice Voucher Program, agency's, landlords, property

managements, and or agents, all have specific responsibilities to prevent false claims

being presented and are liable under the False Claims Act for their role in the

submission of false claims.

9.      This is an action for treble damages and penalties for each false claim and each false

statement under the False Claims Act, 31 U.S.C subsection 3729, et seq as amended.

## II. SUMMARY PARTIES

10.      Fatima Ann Katumbusi(herein, "Fatima, "Fatima Katumbusi", "Ms. Katumbusi", "Relator")

a living woman residing in the County of Sacramento with her offspring, Z.K. All Times

relevant, a resident of the County of Sacramento.

11.      Defendants, WASATCH PROPERTY MANAGEMENT,  WASATCH HOLDINGS, are

headquartered in Logan, Utah.  Its agents, employees are doing business and

employed in the County of Sacramento. They own several properties within the

state of California, and at all times relevant are a corporation organized under

the laws of California with its principal place of business in California.

12.      Defendants, OAK VALLEY, LLC, is a limited liability corporation, incorporated under

the laws of California with its principal place of business in the state of California.

OAK VALLEY LLC. were participants of the  Low Income Housing Tax Credit Program

(LIHTC) and participated in the Housing Choice Voucher Program before the

reorganization of the  company in 2018. At all times relevant in this action, OAK VALLEY,

LLC, were owners of Bridges at Five Oaks apartment complex.

13.     Defendants, RELIANT PROPERTY MANAGEMENT;  OAK VALLEY LP. , and its agents reside in the Eastern District of California. They are a Low Income Housing Tax Credit (LIHTC) apartment complex, participating in the Housing Choice Voucher program who's  tenants are paying   at or above market rate rents.  At all times relevant, Reliant Property Management; in conjunction with OAK VALLEY, LP are a limited partnership company organized under the laws of California with its principal place of business in California.

14.     Defendants, Sacramento Housing and Redevelopment Agency, are a corporation acting as a Public Housing Agency for the county of Sacramento.  Their authorized agents, employees, and  inspectors, are doing business in the Eastern District of California. At all times relevant are employed in the County of Sacramento, under the laws of California with its principal business in the County of Sacramento.

15.     The true names and capacities, whether individual, stakeholder, corporate, associate, or otherwise defendants Does 1-100, inclusive, are unknown to Fatima who wherefore brings this action by the defendants fictitious names.

16.     Fatima, will amend this complaint to show the true names and capacities of these defendants when they have been ascertained.

17.     Fatima, is informed and believes that each fictitiously named defendants are responsible in  fact for the obligations  alleged under the False Claim Act herein.

18      Fatima, is informed and believes and thereon that at all times relevant each of the defendants was acting within the scope and course of his or her business, and employment.

### III. JURISDICTION AND VENUE

19.     This Court has jurisdiction over  the subject matter of this action pursuant to 28

U.S.C. §1331, and 31 U.S.C. §3732, the latter of which specifically confers

jurisdiction on this Court for actions brought pursuant to 31 U.S.C. §§3729 and 3730.

20.     The Court has personal jurisdiction over the defendants pursuant to 31 U.S.C. §3732(a) because that section authorizes nationwide service of process and because all the defendants have at least minimum contacts with the United States, and can be found in,   reside, or transacted , business in the Eastern District of California.

21.     Venue exists in the United Stated District Court for the Eastern District of California pursuant to 31 U.S.C. §3730(b)(1) because all of the defendants have at least minimum contacts with the United States, and all the defendants can be found in , reside, or transact or have transacted business in the Eastern District of California, County of Sacramento.

## IV. APPLICABLE LAW

### A. Housing Choice Voucher Program (Section 8)

22.     The Department of Housing and Urban Development (HUD) provides federal funding through the Federal Housing Choice Voucher program, commonly referred as "Section 8," to assist low income individuals in securing safe, habitable housing. HUD   provides funding through vouchers that are administered by local public housing agencies such as Sacramento Housing and Redevelopment.

23.     In the HUD Housing Choice Voucher (HCV) , program pays rental subsidies to eligible families can afford decent, safe, and sanitary housing. The HCV program is generally administered by State or local governmental entities called public housing agencies (PHAs).

HUD provides housing assistance funds to the PHA, and HUD also provides funds for PHA administration of the program.

24. Families select and rent units that meet program housing quality standards. if the PHA approves a family's unit and tenancy, the PHA contracts with the owner to make rent subsidy payments on behalf of the family. A PHA may not approve a tenancy unless the rent is reasonable.

25. Every Housing Choice Voucher participant must agree to comply with all HUD requirements.

**B. False Claims Act**

26. False Claims Act liability attaches to any person who knowingly presents or cause a false or fraudulent claim to be presented for payment, or to a false record or statement made to get a false or fraudulent claim paid by the government.

27. Under the False Claims Act, "knowing" and "knowingly" mean that a person with respect to information:

      (1) has actual knowledge of the information

      (2) acts in deliberate ignorance of the truth or falsity of the information; or

      (3) acts in reckless disregard of the truth or falsity of the information,

      and no proof of specific intent to defraud is required.

28. The False Claims Act is violated not only by a person who makes a false statement or a false record to get the government to pay a claim, but also by one who engages in a course of conduct that causes the government to pay a false or fraudulent claim for money.

## V.  ALLEGATIONS

29.   Fatima, has had problems with her unit since she moved to the Bridges at Five Oaks in
      May 2015. In 2019, she  sued the property management in small claims for failure to
      make timely repairs, uninhabitable conditions, and constructive eviction.

30.   Prior to the small claims action, Fatima filed a complaint with the County of
      Sacramento, Code Enforcement regarding water leakage from the walls, base boards, light
      fixtures, ceiling vents, electrical shortage and faulty wiring, inadequate security /locks.

31.   Unbeknownst to Fatima, she was burglarized by the Defendants on several occasions.
      Once she learned in 2020, her electrical receptacle outlet was removed, and lose from  the
      wall, causing a spark in the kitchen. Which prompt her to contact the Fire  Department
      twice.

32.    Defendants, failed to repair her unit and it took over 6 weeks after she filed a small claims
      action, for them to act.

33.   Defendants, immediately started to  jury rigged her unit before the court hearing.

34.   Fatima,  won her small claims judgment of $3,500.00. Yet, Oak Valley, LP,  was not
      satisfied with the judgment, so they filed an erroneous de-novo hearing, to re-litigate the
      issue with their attorney, agents, and employees present, and cross examining their
      witness.

35.   Defendants,  refuse to remediate the mold and water damage within the unit, and failed to
      pay Fatima the judgment of $3,500.00.

36.   Fatima, learned  through the online portal with code enforcement, the apartment
      complex has an opened case with County of Sacramento code enforcement for faulty

plumbing since 2011. The unit currently and has continual water leakage from the walls, ceilings; moist and damp ceilings; visible mold, and noxious fumes.

37. Defendants, refused to remediate the mold and water damage since it was coming out of the baseboard, light fixtures and substantial mold inside and outside of the walls.

38. Defendants were cited in 2019 with several violations, even though the unit was cleared by Sacramento Housing and Redevelopment, and County code enforcement in 2020, Reliant Property management refused to remediate the water damage; mildew; mold; damp and moist ceilings; faulty wiring and water leaking from the walls.

39. Defendants, improperly charged in excess maximum rents to section 8 tenants, more than other tenants residing on the property, including renters insurance added to their 2021 lease contract.

40. Fatima, did not sign their updated lease contract as to it was another month-to-month contract with no changes, with the exception to a rent increase and renters insurance.

41. Defendants raised Fatima's rent every year exceeding over 10% of the California's Tenant Landlord law, California Tax Allocation Credit (CTAC) and HUD rental limits, knowingly the unit is riddled with water damage, mold, noxious fumes and is unfit uninhabitable.

42. In fact, in November 2019, Defendants submitted a rent adjustment (increase) to Sacramento Housing and Redevelopment, increasing Fatima's rent ceiling from $1080.00 per month to a whopping $1384.00 per month. Increasing her rent ceiling over $300.00 . Inasmuch, put Fatima over the income threshold.

43. Defendants reason for the rent adjustment was the unit was in "excellent condition." , and SHRA approved the rent increase even-though, the apartment was in uninhabitable condition.

44.   Defendants, knew there is substantial mold in the unit, water damage and knowing these issues the Defendants refuse to remediate the problem and submitted claims for to the government for payment.

45.   Every year from 2015-2019, Defendants would have to siphon excess water from the over flow in the ceiling's air conditioner pan and jury rigged repairs by unqualified, maintenance crew.

46.   During the years between 2015-2022, there is and continue to be leaking pipes throughout the unit,  water leaking through the walls and ceiling, excess mold, wall and ceiling dampness, electrical problems, noxious fumes such as drugs permeating throughout the unit. Affecting severe cognitive reaction and health issues.

47.   Fatima, hired a certified state approved mold specialist in March 2020. She paid  $300.00 for mold and air quality check.  The results show high levels of Alternaria, Aspergillus, and high levels of Hyphal fragments in the air.  Defendants, were given the molds results and refused to remediate the issue.

48.   Defendants, Sacramento Housing and Redevelopment approved inspection and re-inspections in 2019 despite visible mold, water damage, leaking pipes, damp walls, and noxious fumes.

50.   Defendants were cited in 2019 with 26 violations,  the unit was cleared by the PHA prior to code enforcement's assessment.  Reliant Property management refused to remediate the water damage; mildew; mold; damp and moist ceilings; faulty wiring and water leaking from the walls and what appears to be termites hanging from the ceiling.

## VI. CAUSES OF ACTION

### Count I.  Violations of the False Claims Act- Reliant's Liability

51.    Relator, Fatima Ann Katumbusi, re-alleges and reiterate the allegations contained in previous paragraphs as if repeated verbatim.

52.    As described in this Qui Tam complaint, Defendants, Reliant Property Management by and through officers, agents and employees: (I) knowingly presented, or caused to be presented, to the United States Government, false or fraudulent claims for payment or approval; and (ii) knowingly made, used, or caused to be made or used, false records or statements to get false or fraudulent claim's paid or approved by the Government. Specifically, Defendants submitted claims for reimbursement to PHA and for payments knowingly the unit is in uninhabitable conditions.

53.    Defendants,  and its agents, forced Fatima, to buy into their renters insurance  as a condition to moving in the unit. In 2021, Reliant Property Management, added $17.00 to their lease contract. Knowingly, it was outside the HAP contract.   Upon information and belief, Defendants, authorized and ratified all the violations of the False     Claims    Act committed by various officers, agents and employees. Upon information and belief continues to cause claims to be presented to the Government for payment, with  actual knowledge; in deliberate ignorance; or in reckless disregard that claims are false, and is therefore liable under the False Claims Act.

### Count II.  Violations of the False Claims Act

### OAK VALLEY, LP.

54.    Defendants Oak Valley,LP., authorized and submitted rent adjustment increases every year and  continue to submit claims for payment, knowingly the unit is  uninhabitable and

has with water damage, visible mold, moist and damp ceilings, noxious fumes such as drugs, permeating within the unit and what appears to be termites coming from the ceiling.

55.     Defendants, authorized agents, and employees caused claims to continue to be presented to PHA, for payment knowingly the unit is uninhabitable, with actual knowledge; in deliberate ignorance; or in reckless disregard, that such claims are false, and is therefore liable under the False Claims Act.

## Count III.  Violations of the False Claims Act

## Wasatch, et. al. & Oak Valley, LLC Defendants Liability

56.     Defendants, WASATCH, et.al, & OAKVALLEY, LLC,   knew and should have known the apartment unit was uninhabitable. Defendants, agents, and employees, jury rigged plumbing pipes, used a shop vacuum to siphoned water from the over flow pan in the ceiling, painted over visible mold in walls,  increased the Relator's rent knowingly the unit was uninhabitable, and caused the presentment to PHA for  payment with actual knowledge; in deliberate ignorance; or in reckless disregard, that such claims are false, and is therefore liable under the False Claims Act.

## Count IV.  Violations of the False Claims

## Sacramento Housing and Redevelopment (SHRA)

57.     Defendants, SHRA (PHA), agents, inspector, knew and should have known the unit is uninhabitable with visible mold, water damage, moist and damp ceilings, electrical shortages, and what appeared to be termites hanging from the ceiling.  Authorized agents, employees, and  inspectors upon information and belief with actual knowledge; in deliberate ignorance; or in reckless disregard, that such claims are false, and is therefore

liable under the False Claims Act. pass the health and safety quality inspection. With visible mold, water leakage, moist and damp ceiling, approved, the unit in favor of the Defendants.

## V. Defendants' Liability

**58.**    By virtue of the acts described above, defendants knowingly (a) presented and continue to present, knowingly (a) presented and continue to present, and/or (b) caused and /or continue to cause to be presented, false or fraudulent claims to the United States Government for voucher payments.

59.    Defendants knew and knowingly the unit has substantial mold, water damage, leaking pipes, water seeping from the walls, noxious fumes, and  drugs permeating in the unit, and what appears to be termites coming from the ceiling.

60.    Defendants knew that the apartment unit is uninhabitable and not eligible for payment and reimbursement, but Defendant fraudulently certified that the apartment unit met the Housing Quality Standard.

61.    Defendants' authorized and ratified all the violations of the False Claims Act committed by various officers, agents, and employees.

62.    Specifically, Defendants submitted claims for reimbursement to PHA, and HUD, knowingly the apartment unit was not eligible for payment.

63.    The United States Government and the public fisc have been damaged as a result of Defendants' violations of the False Claims Act.

64.    By reason of the defendants' acts, the United States has been damaged and continues to be damaged, in substantial amount to be determined at trial.

**PRAYER**

65.     (i) that this Court enter a judgment against Defendants in an amount equal to three

times the amount of damages the United States has sustained as a result of

Defendants violations of the False Claims Act;

(ii) that this Court enter a judgment against Defendants for a civil penalty of $10,000

for each Defendants violations of the False Claims Act;

(iii)    that Relator recover all cost of this action, with interest, including the cost to

the United States Government for its expenses related to this action.;

(iv)     that in the event the United States government proceeds with this

action, Relator be awarded an amount for bringing this action of at least

25% but not more than 30% of the proceeds of the action;

that Relator be awarded prejudgment interest;

(v)     that a trial by jury be held on all issues so triable; and

that Relator and the United States of America receive all relief to which

either or both may be entitled at law or in equity.

(vi)    that in the event the United States Government does not proceed wth this

action, Relators be awarded an amount for bringing this action of at least 25

percent but not more than 30% of the proceeds of the action;

(vii)   that Relator be awarded prejudment interest.

Respectfully submitted, this 03th day of February, 2022.

Fatima Ann Katumbusi, Relator
P.O. Box 728
Rancho Cordova, CA 95741-0728

# SHRA
CHANGING LIVES

## ABATEMENT NOTICE

April 16, 2019

FATIMA KATUMBUSI          t0018200
5520 HARRISON ST 94
NORTH HIGHLANDS, CA 95660

RE: FATIMA KATUMBUSI: t0018200 - 5520 **HARRISON ST 94 NORTH HIGHLANDS** 95660

Dear **FATIMA KATUMBUSI**:

The unit listed above failed inspection on **03/05/19.**

The Housing Authority is abating (stopping) the **Housing Assistance Payment (HAP)** effective 05/01/19 for this unit for failure to meet Housing Quality Standards, **and have a "passed" inspection on 04/02/19,** due to no access was provided for the re-inspection on that day. The HAP will continue to be abated until the items are corrected and the unit passes a re-inspection or the contract terminates on 05/30/19.

The tenant is not responsible for the Housing Authority's portion of rent that is abated.
> NOTE TO TENANT:  If you choose to remain living in the unit past the contract termination date listed above, you will be responsible for the **entire rent and all matters pertaining to your tenancy.**

> If you wish to relocate to another unit and **continue participating in the Housing Choice** Voucher Program, you MUST serve the owner/agent a **30-day notice to move.  Please submit a copy of** your notice to the Housing Authority along with a copy of this letter.  You must request your transfer before the cancellation of the contract or you will lose your housing assistance.

☎**Please remember to call for a re-inspection as soon as repairs are complete to avoid unnecessary delays in ending this abatement. If you have any questions, please call Ema Greene at (916) 440-1390.**

Sincerely,

Ema Greene
Housing Specialist

Cc: Owner/File




Equal Housing Opportunity

Sacramento Housing & Redevelopment Agency  630 I Street, Sacramento CA 95814
(916) 440-1390 | TTY 711 or 1 (800) 855-7100 | www.shra.org



rev 6/17/10 02001

| | | | |
|---|---|---|---|
| unt Name | KATUMBUSI FATIMA | Unit Code | 00501031 |
| ndicrd | OAK VALLEY APARTMENTS | Unit Address | 5520 HARRISON ST, |
| ector | Sarra (Sterling) Tullio | | 94, |
| Inspected Date | 03/05/2019 | | NORTH HIGHLANDS, CA 95660 |
| Report Run Date | 04/16/2019 | Inspection ID | 331038 |

## Overall Inspection

Type of Inspection Annual
Rating Fail

| | Responsibility |
|---|---|
| | Owner |

### Living Room

| | Observations | Responsibility |
|---|---|---|
| Ceiling | Note: install smoke detector safety hazard others working | Tenant |

| | Responsibility |
|---|---|
| | Owner |

### Kitchen

| | Observations | Responsibility |
|---|---|---|
| Stove or Range | Note: built in microwave door face damaged safety hazard | Owner |
| Sink | Note: garbage disposal stuck safety hazard | Owner |

| | Responsibility |
|---|---|
| | Owner |

### Bathroom 1

| | Observations | Responsibility |
|---|---|---|
| Electrical Hazards | Note: light nonop safety hazard hall bathroom | Owner |
| Sink | (7) Clogged—Repair/Replace Note: hall bathroom | Owner |
| Ventilation | Exhaust fan does not work Note: hall bathroom | Owner |

t0018200

rev 6/17/16 02001



**SUBSIDY ADJUSTMENT NOTICE**
**HOUSING CHOICE VOUCHERS (HCV)**

November 12, 2019

**OPS**
FATIMA KATUMBUSI
5520 HARRISON ST 94
NORTH HIGHLANDS, CA 95660

RE: FATIMA KATUMBUSI          Tenant code: t0018200
    5520 HARRISON ST 94, NORTH HIGHLANDS CA 95660

The Housing Assistance Payment (HAP) currently paid to the owner on behalf of the above-mentioned tenant has been adjusted effective **01/01/2020** as follows:

| | |
|---|---|
| CURRENT HOUSING ASSISTANCE PAYMENT: | $1,080.00 |
| TENANT RENT: | $0.00 |
| UTILITY REIMBURSEMENT PAYMENT (URP): | $7.00 |
| CONTRACT RENT: | $1,080.00 |
| | |
| **NEW** HOUSING ASSISTANCE PAYMENT: | $1,041.00 |
| TENANT RENT: | $39.00 |
| UTILITY REIMBURSEMENT PAYMENT (URP): | $0.00 |
| CONTRACT RENT: | $1,080.00 |

The reason for this adjustment is: Annual Recertification

Comments:

If the Housing Assistance Payment being paid to the landlord is zero (0), the family will remain active in the Housing Choice Voucher program for 180 days from the above adjustment date provided they do not move from the contract unit and there are no changes in the family composition or income. Should the family composition or income remains unchanged and the HAP remains at zero (0), the HAP contract and the family's program participation will be terminated.

Sondra Smith
(916) 440-1390

FOR THE TENANT FAMILY

If you believe there is an income discrepancy based on the Housing Authority's rent determination, you have the right to request an Informal Hearing by submitting a written request within fifteen (15) days from the date of this notice.

cc: Bridges at Five Oaks Oak Valley Apartments
    5520 HARRISON ST
    NORTH HIGHLANDS, CA 95660



Sacramento Housing & Redevelopment Agency 630 I Street, Sacramento CA 95814
(916) 440-1390 | TTY 711 or 1 (800) 855-7100 | www.shra.org



Rev 5/2/18 tt

# Calculation Summary
**FATIMA KATUMBUSI (t0018200)**
**11/12/2019**

| | |
|---|---|
| Program: **Section 8 Voucher** | Project Number: |
| Date Modified: **11/12/2019** | Caseworker: **Sondra Smith** |
| Tenant Phone: **(916) 258-2485** | |
| Unit Address: **5520 HARRISON ST 94** **NORTH HIGHLANDS, CA 95660** | Mailing Address: **5520 HARRISON ST 94** **NORTH HIGHLANDS, CA 95660** |

## Calculations Based On:

| | | | |
|---|---|---|---|
| Action Type: | **2** | Admit Date: | **03/26/2008** |
| Effective Date: | **01/01/2020** | Date Waitlisted: | |
| Next Re-exam due: | **01/01/2021** | Zip Code at Admission: | |
| Status: | **Current** | Move-In Date: | **05/14/2015** |

## Family Members:

| # | Last Name | First Name | Birth date | Age | Sex | Relation | Citizen | Disabled | Race | Ethnicity | SS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **KATUMBUSI** | **FATIMA** | | **0** | | | | | | | -- |
| 2 | **KATUMBUSI** | **ZACHARIAS** | | **0** | | | | | | | -- |

## Assets:

| Family Member | Type of asset | Description | Cash value of asset | | Anticipated Income | |
|---|---|---|---|---|---|---|
| **FATIMA KATUMBUSI** | **Life Insurance** | **State Farm** | $ | **1,488** | $ | **0** |
| | | Totals: | $ | **1,488** | $ | **0** |

| | | | | |
|---|---|---|---|---|
| Passbook Rate: | **0.00** | | Imputed Income: | $ **0** |
| | | | Final Asset Income: | $ **0** |

## Income:

| Family Member | Income code | Description | Dollars per year | Income Excluded | Income after Exclusion | Deduction Type | Dollars per Year |
|---|---|---|---|---|---|---|---|
| **FATIMA KATUMBUSI** | **T** | | $ **5,616** | $ **0** | $ **5,616** | | $ **0** |
| | | | Total Annual Income: $ | | **5,616** | Total Deduction: $ | **0** |

## Allowances:

| | | |
|---|---|---|
| Medical/disability Threshold: | $ | 0 |
| Allowable disability assistance expense: | $ | 0 |
| Total out of pocket medical expenses: | $ | 0 |
| Total disability/ medical expenses: | $ | 0 |
| Medical/disability assistance allowance: | $ | 0 |
| Elderly/disability allowance: | $ | 0 |
| Number of dependents: | | 1 |
| Allowance per dependent: | x $ | 480 |
| Dependent allowance: | $ | 480 |
| Yearly child care cost: | $ | 0 |
| Total Permissible Deductions: | $ | 0 |
| **Total Allowances:** | $ | **480** |

## TTP Calculation:

| | | |
|---|---|---|
| Total Annual Income: | $ | 5,616 |
| Allowances: _ | $ | 480 |
| Adjusted annual income: | $ | 5,136 |
| Total Monthly Income: | $ | 468 |
| 10% of Total MonthlyIncome: | $ | 47 * |
| Adjusted Monthly Income: | $ | 428 |
| % of Adjusted Monthly Income: | | 30 |
| 30% of Adjusted Monthly Income: | | 128 * |
| Welfare Rent: | $ | 0 * |
| Minimum TTP: | $ | 50 * |
| TTP: | $ | 128 * Highest value |

## Voucher Calculation:

| | | |
|---|---|---|
| Bedrooms on Voucher: | | 2 |
| Payment Standard: | $ | 1,384 |
| Contract Rent to Owner: | $ | 1,080 |
| Utility Allowance: | $ | 89 |
| Gross Rent: | $ | 1,169 |
| Lower of Pmt Standard & Gross Rent: | $ | 1,169 |
| 40% of AMI: | $ | 171 |

| | | |
|---|---|---|
| Lower of Pmt Standard & Gross Rent: | $ | 1,169 |
| TTP: - | $ | 128 |
| Total HAP: | | $ **1,041** |
| Contract Rent to Owner: | $ | 1,080 |
| HAP to Owner: - | $ | 1,041 |
| Tenant Rent: | | $ **39** |
| Utility Reimbursement: | | $ **0** |

**Calculation Summary for FATIMA F     SHBOSL**

**Voucher Calculation:**

| | | |
|---|---|---|
| Bedrooms on Voucher: | | **2** |
| Payment Standard: | | **$ 1,384** |
| Contract Rent to Owner: | $ 1,384 | |
| Utility Allowance: | $ 89 | |
| Gross Rent: | | **$ 1,473** |
| Lower of Pmt Standard & Gross Rent: | | **$ 1,384** |
| 40% of AMI: | | **$ 171** |

| | | | |
|---|---|---|---|
| Lower of Pmt Standard & Gross Rent: | $ | 1,384 | |
| TTP: – $ | | 128 | |
| Total HAP: | | | $ 1,250 |
| Contract Rent to Owner: | $ | 1,384 | |
| HAP to Owner: – $ | | 1,256 | |
| Tenant Rent: | | | $ 128 |
| Utility Reimbursement: | | | $ 0 |

# SUBSIDY ADJUSTMENT NOTICE
# HOUSING CHOICE VOUCHERS (HCV)

CHANGING LIVES

January 09, 2020

**OPS**
FATIMA KATUMBUSI
5520 HARRISON ST 94
NORTH HIGHLANDS, CA  95660

RE:          Tenant code: t0018200
                    5520 HARRISON ST 94, NORTH HIGHLANDS, CA  95660

The Housing Assistance Payment (HAP) currently paid to the owner on behalf of the above-mentioned tenant has been adjusted effective **03/01/2020** as follows:

  CURRENT HOUSING ASSISTANCE PAYMENT: $1041.00
                          TENANT RENT:$39.00
UTILITY REIMBURSEMENT PAYMENT (URP): 0
                          CONTRACT RENT:$1080.00

    **NEW** HOUSING ASSISTANCE PAYMENT: $1256.00
                          TENANT RENT:$128.00
UTILITY REIMBURSEMENT PAYMENT (URP): 0
                          CONTRACT RENT:$1384.00

The reason for this adjustment is: Interim Certification

Comments:

If the Housing Assistance Payment being paid to the landlord is zero (0), the family will remain active in the Housing Choice Voucher program for 180 days from the above adjustment date provided they do not move from the contract unit and there are no changes in the family composition or income. Should the family composition or income remains unchanged and the HAP remains at zero (0), the HAP contract and the family's program participation will be terminated.

Sondra Smith_____
                                FOR THE TENANT FAMILY
If you believe there is an income discrepancy based on the Housing Authority's rent determination, you have the right to request an Informal Hearing by submitting a written request within fifteen (15) days from the date of this notice.

cc: Bridges at Five Oaks Oak Valley Apartments
5520 HARRISON ST
NORTH HIGHLANDS, CA  95660





Rev 5/2/18 tt

**Calculation Summary**
**FATIMA KATUMBUSI (t0018200)**
**1/9/2020**

## Warning: Tenant Rent Greater than 40% of AMI

| | | | | |
|---|---|---|---|---|
| Adjusted Monthly Income: | 428 | Rent Burden: | 217 | |
| Gross Rent: | 1,473.00 | 40% AMI: | 171.20 | |
| Actual % AMI: | 29.91 | Amount over threshold: | 45.80 | |

| | | | |
|---|---|---|---|
| Program: | **Section 8 Voucher** | Project Number: | |
| Date Modified: | **01/09/2020** | Caseworker: | **Sondra Smith** |
| Tenant Phone: | **(916) 258-2485** | | |
| Unit Address: | **5520 HARRISON ST 94**<br>**NORTH HIGHLANDS, CA 95660** | Mailing Address: | **5520 HARRISON ST 94**<br>**NORTH HIGHLANDS, CA 95660** |

### Calculations Based On:

| | | | |
|---|---|---|---|
| Action Type: | **3** | Admit Date: | **03/26/2008** |
| Effective Date: | **03/01/2020** | Date Waitlisted: | |
| Next Re-exam due: | **01/01/2021** | Zip Code at Admission: | |
| Status: | **Current** | Move-In Date: | **05/14/2015** |

### Family Members:

| # | Last Name | First Name | Birth date | Age | Sex | Relation | Citizen | Disabled | Race | Ethnicity | SS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **KATUMBUSI** | **FATIMA** | | **0** | | | | | | | -- |
| 2 | **KATUMBUSI** | **ZACHARIAS** | | **0** | | | | | | | -- |

### Assets:

| Family Member | Type of asset | Description | Cash value of asset | Anticipated Income |
|---|---|---|---|---|
| **FATIMA KATUMBUSI** | **Life Insurance** | **State Farm** | $ 1,488 | $ 0 |
| | | Totals: | $ 1,488 | $ 0 |

| | | | | |
|---|---|---|---|---|
| Passbook Rate: | **0.00** | | Imputed Income: | $ 0 |
| | | | Final Asset Income: | $ 0 |

### Income:

| Family Member | Income code | Description | Dollars per year | Income Excluded | Income after Exclusion | Deduction Type | Dollars per Year |
|---|---|---|---|---|---|---|---|
| **FATIMA KATUMBUSI** | T | | $ 5,616 | $ 0 | $ 5,616 | | $ 0 |
| | | | Total Annual Income: $ | 5,616 | Total Deduction: $ | | 0 |

| **Allowances:** | | | | | **TTP Calculation:** | | | |
|---|---|---|---|---|---|---|---|---|
| Medical/disability Threshold: | $ | 0 | | | Total Annual Income: | $ | 5,616 | |
| | | | | | Allowances: | $ | 480 | |
| Allowable disability assistance expense: | $ | 0 | | | Adjusted annual income: | $ | 5,136 | |
| Total out of pocket medical expenses: | $ | 0 | | | | | | |
| Total disability/ medical expenses: | $ | 0 | | | Total Monthly Income: | $ | 468 | |
| Medical/disability assistance allowance: | | | $ | 0 | 10% of Total MonthlyIncome: | $ | 47 | * |
| Elderly/disability allowance: | | | $ | 0 | Adjusted Monthly Income: | $ | 428 | |
| | | | | | % of Adjusted Monthly Income: | | 30 | |
| Number of dependents: | | 1 | | | 30% of Adjusted Monthly Income: | | 128 | * |
| Allowance per dependent: | x $ | 480 | | | | | | |
| Dependent allowance: | | | $ | 480 | Welfare Rent: | $ | 0 | * |
| Yearly child care cost: | | | $ | 0 | | | | |
| Total Permissible Deductions: | | | $ | 0 | Minimum TTP: | $ | 50 | * |
| **Total Allowances:** | | | $ | 480 | TTP: | $ | 128 | * Highest value |

Thursday, January 9, 2020



INVESTING IN COMMUNITIES

# DISPOSITION NOTICE

September 21, 2020

**OPS**
FATIMA KATUMBUSI      t0018200
5520 HARRISON ST 94
NORTH HIGHLANDS, CA 95660

RE: Reported Change of Income

Dear FATIMA KATUMBUSI:

We are in receipt of your reported change of income dated 4/27/2020. Please be advised that a change of your rent portion will not be processed at this time due to the following:

☐ The total amount of reported decrease in monthly income is less than $50.00.

☒ The total amount reported is a decrease in monthly income.

☐ You failed to supply the requested documentation or signatures by the date specified on the Notice of Incomplete Interim.

This is in accordance with our Housing Choice Voucher Administrative Plan. As required by your Family Obligations, you must continue to report any and all changes in your family composition and/or monthly income within 30 days of receiving notification regardless of duration or type of change

Should you have any questions regarding the above information, feel free to contact me at the number listed below.

Thank you for your cooperation.

Kristyn Marshall
Housing Caseworker
(916) 440-1390





Sacramento Housing & Redevelopment Agency  630 I Street, Sacramento, CA 95814
Phone (916) 440-1390 | fax (916) 449-1285 | www.shra.org



Rev 12/5/12 tt

# HQS INSPECTION SUMMARY

INVESTING IN COMMUNITIES

☐ Passed with comments    ☒ Failed    ☐ Inconclusive    ☐ Paint certificate required

Inspection type: ___ Annual  ☒ Special  ___ Initial (Initial inspections only, call (916) 440-1365 to request a reinspection)

**Tenant Name** FABIAN V. ARUMABUBI          **Phone #:** 802-731-5165

**Unit Address:** 5520 HARRISON ST #9U       **Zip:** 95660

This inspection is to determine unit compliance with Housing Quality Standards as established by HUD. This inspection report in no way implies that this structure as a whole or that any unit in the structure is in full compliance with the Local Housing and Building regulations.

F = FAIL items must be corrected       N = Notable items are recommended for correction.       I = Inconclusive

The inspector will designate responsibility for the repairs. "O" for owner or "T" for tenant.

| F/N/I | O/T | R/I Pass date | Insp Name | Location | Description and repair, replace, or remove, etc. |
|-------|-----|---------------|-----------|----------|--------------------------------------------------|
| F | O | | | LIVING ROOM | POR T. OUTLET ON ENTRY WALL |
| | | | | | + OUTLET RT OF HALL ENTRANCE |
| | | | | | WORKS INTERMITT. - REP. POTENTIAL |
| | | | | | ELEC HAZ |
| | | | | | |
| F | O | | | AC | POR T. WHEN AC ON WATER |
| | | | | | COMES OUT HALL LINE FIXTURE |
| | | | | | SUBBRATE, BASEBOARD, + |
| | | | | | CEILING ACCESS DAMAGE; REP. |
| | | | | | SFY/ELEC HAZ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FAILED: Smoke Detector ___ is NOT working

x _____ Date 3/13/19

**Housing Inspector** _____ Date 9/12/16

RE-INSPECTION FAILED

x _____ Date _____

**Housing Inspector** _____ Date _____

PASSED: Inspection has passed and the smoke detector s in good working condition.

x _____ Date _____

x _____ Date _____

The dwelling unit meets the Section 8 Housing Quality Standards.
By Housing Inspector: _____ Date: _____

Revised 5/17/11



INVESTING IN COMMUNITIES

September 20, 2019

FATIMA KATUMBUSI
5520 HARRISON ST 94
NORTH HIGHLANDS, CA 95660

Dear FATIMA KATUMBUSI
Our agency conducted a re inspection on 09/11/19 of the unit located at

5520 HARRISON ST 94
NORTH HIGHLANDS, CA, 95660

This unit has passed our inspection and meets all of our Housing Quality Standards requirements.

t0018200









INVESTING IN COMMUNITIES

**A Joint Powers Agency**

**MEMBERS**

City of Sacramento

County of Sacramento

Successor Agency for the
Redevelopment Agency
of the City of Sacramento

Successor Agency for the
Redevelopment Agency
of the County of Sacramento

Housing Authority of the
City of Sacramento

Housing Authority of the
County of Sacramento

June 29, 2020

Fatima Katumbusi
5520 Harrison Street #94
Sacramento, CA 95660

Dear Fatima Katumbusi:

Your claim which was received by the Sacramento Housing and Redevelopment Agency on May 30, 2020 failed to comply substantially with certain Government Code sections. It was insufficient for the following reasons:

**Failed to state location/address associated with claim**

For your information, consult Sections 910, 910.2, 910.4 and 910.8, and other sections of the Government Code pertaining to the filing of claims against a public entity. Due to the certain time requirements for filing claims, these deficiencies should be corrected immediately. .

Risk Management Department 

ADDENDUM to LETTER 6/24/20

# SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY
## CLAIM AGAINST THE AGENCY [Government Code Section 910]
Please provide information as requested below. If more is needed, please label attached responses
I MAKE THE FOLLOWING CLAIM AGAINST THE FOLLOWING AGENCY OR AGENCIES:

θ   Housing Authority of the City of Sacramento         CERTIFIED MAIL
θ   Housing Authority of the County of Sacramento       7019 0700 0002 2593
θ   Sacramento Housing and Redevelopment Agency         2445

With regard to the occurrence or transaction which led to the claim:

Date: 4/23/2020         Time: _____

Location: 5530 HARRISON STREET, #94, N/H 95660 ✝

Circumstances which led to claim: SHRA WORKER APPROVED A $300
(THREE HUNDRED) RENT INCREASE FOR APT, WHICH IS
RIDDLED WITH TOXIC MOLD: VISIBLE MOLD, ELECTRICAL ISSUES
I BELIEVE RETALIATORY FOR CONTACTING COUNTY CODE
ENFORCEMENT & CIVIL CLAIMS ACTION.
General description of the injury, damage, loss, indebtedness or obligation: _____
FINANCIAL INJURY DUE TO COURSE AT TIME OF
WELFARE
Name of the public employee(s) who caused the injury, damage or loss (if known): _____
SONDRA SMITH-CASE WORKER; HOUSING INSPECTOR FROM
8/2019 -

Name and telephone numbers or addresses of witnesses [optional] _____

If claim is under $10,000, amount claimed including estimated future losses: _____
$25,000 PLUS - DUE TO FINANCIAL DISCRIMINATION +
AIST + FUTURE
Basis and method of computing claim: _____
MEDICAL
ESTIMATE - DUE TO FINANCIAL STRAIN;
ECONOMIC INJURY.
Claim over $10,000, jurisdiction is in θ Municipal Court ($25,000 or less) θ Superior Court
(over $25,000).

Dated: 2/7/2020         Claimant: _____

Claimant's Name, Address and Telephone:          Representative's Name, Address and Telephone:
FATIMA ANN KATUMBUSI
5530 HARRISON STREET
#94
NORTH HIGHLANDS, CA
95660                                            V:\Legal\Masters & Forms\Agency Forms\claimform.doc

County of Sacramento
**RENTAL HOUSING INSPECTION PROGRAM (RHIP)**
Code Enforcement Division
9700 Goethe Rd Ste A, SACRAMENTO, CA 95827
(916) 876-9020

To: **Tenant/Occupant**

RE: **5511 HARRISON ST, NORTH HIGHLANDS, CA 95660**
APN: **228-0042-016-0000**
Scheduled rental housing inspection of rental units

On December 17, 2008, in response to continuous complaints from residents about serious life, health and safety violations in rental housing units, Sacramento County Board of Supervisors (unanimously) passed the Rental Housing Registration and Inspection Program Ordinance (Sacramento County Code 16.20.906 through 16.20.909.5)

The purpose of this code is to proactively identify blighted and deteriorated buildings and ensure the rehabilitation or elimination of housing that does not meet minimum Building and Housing Code standards and exterior site maintenance standards.

If, at the time of inspection, violations exist, a Notice of Violation will be issued. THE PROPERTY OWNER will be held responsible for all costs associated with enforcement action necessary to obtain compliance with the correction notice.

The County of Sacramento's Code Enforcement Division will be conducting an inspection of the units in your apartment complex on **9/4/2019 : 9:00 am - 12:00 pm**

If your unit was previously inspected by the Sacramento County Code Enforcement, we will need to re-inspect your unit to verify compliance. If you will not be home on the date listed above, please make arrangements for another adult (over 18) to be present. Otherwise, it is the owners/managers responsibility to provide us access in order to conduct an inspection.

If you have any questions or concerns please contact the Rental Housing Inspection Program directly at: RHIP@saccounty.net or call 916.876.9020.

Sincerely,

Sacramento County Code Enforcement
Department of Neighborhood Services
RHIP Team



County of Sacramento
**RENTAL HOUSING INSPECTION PROGRAM (RHIP)**
Code Enforcement Division
9700 Goethe Rd Ste A, SACRAMENTO, CA 95827
(916) 876-9020

## NOTICE OF VIOLATION

(Sacramento County Housing Code, Chapter 16.20)

Date Mailed: 9/19/2019

|||||||||||||||||||||||||||||||||||||

Doc Type:      RHIP NOV

Case Number:   RHIP2011-05907

To: **OAK VLY APTS LIMITED PARTNERSHIP**
**151 KALMUS DR STE J 5**
**C/O WESTERN COMMUNITY HOUSING IN**
**COSTA MESA, CA 92626**

Since the requestor is only asking for a list of violations for a specific Rental Housing Unit, whole pages were deleted from this document rather than blacked out.

Location of Property:      5520 HARRISON ST, NORTH HIGHLANDS, CA 95660

APN:  228-0042-015-0000                                Date Inspected: 09/04/2019

PLEASE TAKE NOTE that the County has found that the dwelling and/or property at the above location is substandard and constitutes a public nuisance. Each of the conditions noted on the attached Inspection Checklist(s) is a misdemeanor violation of the Sacramento County Housing Code (SCC 16.20) and constitutes a separate offense for each and every day during any portion of which any violation is committed, continued or permitted.

### Action Required:

In order to remedy the violations listed, the following indicated action must be undertaken within the time stated:

| *Repair priority violations by:* | | *Repair other violations by:* 12/10/2019 |
|---|---|---|
| *Permits must be taken out:* | 12/10/2019 | *Vacation of property by:* |

The property will be re-inspected on: 12/10/2019 between the hours of 9:00am and 12:00pm

The property will continue to be inspected until all violations are corrected.

**VIOLATION(S)**   [X] Cal. Health & Safety Code 17920.3          [ ] Sacramento County Housing Code 16.20.200(a)

This action may have resulted in costs for the County. The property owner will be held responsible for all inspection fees and costs incurred by the County. You will receive your billing notice(s) with the specific amount of costs incurred in a separate mailing.

Please refer to all attached information regarding your case. It is very important for you to understand that once violations have been identified at your property, the longer you take to abate such violations can result in additional fees assessed against your property. Such charges can continue to follow you even if you no longer own the property.

Our enforcement effort may also result in one or more of the following actions:
(1) A hearing before a County appointed Hearing Officer to declare your property a public nuisance;
(2) A referral of the case to the County Counsel's Office to initiate legal action against the property owner;
(3) A referral of the case to the District Attorney's Office to initiate criminal action against the property owners, this may include at the County's option, either infraction or misdemeanor prosecution.
(4) Issuance of an administrative penalty, up to $1000 per violation, per day

Note: In order for cases to be closed a "compliance inspection" must be conducted on all units where violations were previously noted. If tenants are not available, managers/owners will be responsible for providing access. Property owner/managers must provide at least 24 hour legal notice to their tenants as required by California Civil Code 1954 to access their units. If a unit has become vacant, and violations were previously noted, Code Enforcement will need to conduct a pre-occupancy inspection to clear the unit. There may be additional fines/penalties if units are rented without

NOTICE OF APPEAL
HOUSING CODE

You have the right to appeal the issuance of any order, determination or action taken by the County of Sacramento under the Housing Code Enforcement Program found in Chapter 16.20 of the Sacramento County Code (hereinafter referred to as the Housing Code). "Notice of Appeal: Housing Code" forms are available upon request. When properly and completely filled out, accompanied by the appeal filing fee, and filed with the Clerk of the Sacramento County Board of Supervisors located at 700 H Street, Suite 2450, Sacramento, California 95814, this form conforms with the requirements set forth in Article 5 of the Housing Code for filing an appeal.

If you have any questions concerning the appeal process please refer to the Sacramento County Code, Title 16, Chapter 16.20 Sacramento Housing Code, Article 5. A copy of which is available in the office of the Clerk of the Board of Supervisors for your convenience or online at www.countycounsel.saccounty.net/CountyCode . Additionally, a copy of the Housing Code is available upon request from the Code Enforcement Rental Housing Inspection Program. You may also obtain information about your case by calling (916) 876-9020.

County staff members are not permitted to give legal advice concerning the use of this form or the appeal process. For all legal questions, please consult an attorney.

FILE APPEALS WITH THE:   CLERK OF THE BOARD
                            SACRAMENTO COUNTY BOARD OF SUPERVISORS
                            700 H STREET, SUITE 2450
                            SACRAMENTO, CA 95814

PLEASE ATTACH FILING FEE OF $700.00 (SCC 16.20.1135)

PLEASE NOTE: "To be timely, the appeal fee or basis for waiver of the appeal fee if a regulation providing therefore has been adopted and written appeal shall be filed within fifteen (15) days from the date of the service of such order, determination or action of the Director; provided, however, that if the dwelling or portion thereof is in such condition as to make it immediately dangerous to the life, health, property, safely, or welfare of the occupants, public, or adjacent property, and it is ordered vacated, and it is posted in accordance with Section 16.20.440.a. concerning posting of a notice to vacate, to be timely such appeal shall be filed within (5) days from the date of the service of the order, determination or action of the Director. Only those who have timely filed an appeal may join or be joined in an appeal herein." (SCC 16.20.500.b.)

......................................................................................................................................................

## Notice of Code Enforcement Fee Schedule *

| | |
|---|---|
| RHIP Initial County Inspection | $335.00 |
| RHIP Re-inspection | $335.00 for each reinspection when continuing violations exist, plus $59.50 for each unit in violation |
| Priority Inspections | $470.00 for the initial inspection and $355 for each reinspection |
| Abatement of Violations | Actual cost of contract abatement plus administrative fees |
| Infraction Citation | To be determined/imposed by the courts |
| Inspection Warrant | $480 each |
| Administrative Citation | Up to $1000 per violation, per day |

*The above listed fees are subject to change without further notice. If you require more information regarding fees associated with the Rental Housing Inspection Program, and/or Code Enforcement in general, please contact the Code Enforcement Division at 916-874-6444, or the RHIP Team at 916-876-9020.



County of Sacramento
**RENTAL HOUSING INSPECTION PROGRAM (RHIP)**
Code Enforcement Division
9700 Goethe Rd Ste A, SACRAMENTO, CA 95827
(916) 876-9020

## INSPECTION CHECKLIST(S)

**For Code Use Only:**

| | |
|---|---|
| Total Units | 141 |
| Inspected | 37 |
| Violation | 26 |
| Cleared | 11 |
| Charged | 13 |

**Case No.:**  RHIP2011-05907 / RHIP2011-05908

**Location of Property:**  5520 HARRISON ST, NORTH HIGHLANDS, CA 95660

**APN:**  228-0042-015-0000 / 228-0042-016-0000

**Date Inspected:**  09/04/2019

PLEASE TAKE NOTE that the County has found that the dwelling and/or property at the above location is Substandard and constitutes a public nuisance. Each of the conditions noted on this Inspection Checklist(s) is a misdemeanor violation of the Sacramento Housing Code (SCC 16.20) and constitutes a separate offense for each and every day during any portion of which any violation is committed, continued or permitted.

The property will be re-inspected on **12/10/2019** between the hours of **9:00am to 12:00pm** to determine if the violations were corrected.

### General Violations

| Location | Code Section | Violation | Notes | Status |
|---|---|---|---|---|
| Water Heater/Boiler | CH&SC 17920.3(e) | Building K's water heater leaking from corroded drain valve | | Exists |



**UNIT #:94 (RHIU2019-02800)**

| | | | | |
|---|---|---|---|---|
| BALCONY/PATIO | SZC 5.2.0.A | Storage of junk and rubbish | Underneath tarp | Exists |
| BATHROOM 1 | CH&SC 17920.3(k) | Door hinge loose | | Exists |
| BATHROOM 1 | CH&SC 17920.3(d) | Electrical wiring is unsafe/Not working properly | GFCI not functioning properly | Exists |
| BATHROOM 1 | CH&SC 17920.3(i) | Countertop in disrepair | Countertop needs to be secured | Exists |
| BATHROOM 1 | CH&SC 17920.3 (e) | Shower hardware requires proper caulking | | Exists |
| BATHROOM 1 | CH&SC 17920.3(a)(7) | Exhaust vent in disrepair | Not exhausting air | Exists |
| BATHROOM 1 | CH&SC 17920.3(k) | Unfinished repair on walls | Located around toilet paper dispenser | Exists |
| BEDROOM 1 | CH&SC 17920.3(a)(13) | Visible mold growth on walls or ceilings | Multi growth located to the left lower corner upon entry into bedroom one | Exists |
| BEDROOM 1 | CH&SC 17920.3(k) | Lack of/Non-functional smoke alarm | | Exists |
| Bedroom 2 | CH&SC 17920.3(k) | Door hinge loose | | Exists |
| Bedroom 2 | CH&SC 17920.3(k) | Door in disrepair | Door split located around striker | Exists |
| Bedroom 2 | CH&SC 17920.3(k) | Lack of/Non-functional smoke alarm | | Exists |
| Bedroom 2 | CH&SC 17920.3(g)(2) | Window does not close or lock properly | Unable to close window due to jammed lock | Exists |
| EXTERIOR | CH&SC 17920.3(m) | Fire extinguisher cabinet in disrepair(cracked, missing glass, unsecured to wall) | Broken glass | Exists |
| HALLWAY | CH&SC 17920.3(d) | Electric panel lacks required labeling | Electrical panel located in bedroom two | Exists |
| HALLWAY | CH&SC 17920.3(k) | Lack of/Non-functional smoke alarm | | Exists |
| HALLWAY BATHROOM | CH&SC 17920.3(k) | Door hinge loose | | Exists |
| HALLWAY BATHROOM | CH&SC | Electrical wiring is | Hallway | Exists |

| HALLWAY BATHROOM | CH&SC 17920.3 (e) | Faucet has running water | Tub spigot with running water | Exists |
|---|---|---|---|---|
| HALLWAY BATHROOM | CH&SC 17920.3 (e) | Shower hardware requires proper caulking | | Exists |
| HALLWAY BATHROOM | CH&SC 17920.3(a)(7) | Exhaust vent in disrepair | Unable to check the exhaust fan due to lack of electricity | Exists |
| KITCHEN | CH&SC 17920.3(d) | Electrical wiring is unsafe/Not working properly | GFCI located to the left and the right of sink not functioning properly | Exists |
| LIVING ROOM | CH&SC 17920.3(g)(2) | Rear sliding door in disrepair | Torn patio slider screen | Exists |
| LIVING ROOM | CH&SC 17920.3(a)(13) | Visible mold growth on walls or ceilings | Located overhead upon entry into hallway | Exists |
| OVERALL | CH&SC 17920.3(a)(12) | Evidence of/Cockroach infestation | Tenant reports of roaches | Exists |



Permits are required for any repairs or alterations to:

- Water heaters
- Balconies, stairs and landings
- Removal or change of any structural beam or load-bearing support
- Removal or change of any required egress
- Windows and Roofing
- Alterations, replacements and or relocation of work affecting public health and safety

Please refer to www.building.saccounty.net and check residential permits for more information. You are required to obtain all necessary permits prior to starting work. If permits are not obtained, you can be charged additional fines and penalties by the Building Department in addition to Code Enforcement fees. All permits must be issued for work being done and all permits must be finalized prior to this code enforcement case being "closed."

Contact Information:  916.875.5296, www.bldginspection.org

If you have any questions regarding the Rental Housing Inspection Program (RHIP) please feel free to contact us at (916)876-9020 or by email at RHIP@saccounty.net.

Code Enforcement Officer: Ted  Ware

Inspection Checklist, report run date 9/19/2019



County of Sacram
**RENTAL HOUSING INSPECTION PROGRAM (RHIP)**
Code Enforcement Division
9700 Goethe Rd Ste A, SACRAMENTO, CA 95827
(916) 876-9020

## NOTICE OF VIOLATION

(Sacramento County Housing Code, Chapter 16.20)

Date Mailed: 1/8/2020

Doc Type:   RHIP NOV

Case Number:   RHIP2011-05907

To:  **OAK VLY APTS LIMITED PARTNERSHIP**
**151 KALMUS DR STE J 5**
**C/O WESTERN COMMUNITY HOUSING IN**
**COSTA MESA, CA 92626**

Location of Property:   5520 HARRISON ST, NORTH HIGHLANDS, CA 95660

APN:  228-0042-015-0000                                 Date Inspected: 12/10/2019

PLEASE TAKE NOTE that the County has found that the dwelling and/or property at the above location is substandard and constitutes a public nuisance. Each of the conditions noted on the attached Inspection Checklist(s) is a misdemeanor violation of the Sacramento County Housing Code (SCC 16.20) and constitutes a separate offense for each and every day during any portion of which any violation is committed, continued or permitted.

**Action Required:**

In order to remedy the violations listed, the following indicated action must be undertaken within the time stated:

*Repair priority violations by:*                      *Repair other violations by:* 2/20/2020

*Permits must be taken out:*  2/20/2020        *Vacation of property by:*

The property will be re-inspected on: 2/20/2020 between the hours of 1:00pm and 4:00pm

The property will continue to be inspected until all violations are corrected.

VIOLATION(S)  [X] Cal. Health & Safety Code 17920.3        [ ] Sacramento County Housing Code 16.20.200(a)

This action may have resulted in costs for the County. The property owner will be held responsible for all inspection fees and costs incurred by the County. You will receive your billing notice(s) with the specific amount of costs incurred in a separate mailing.

Please refer to all attached information regarding your case. It is very important for you to understand that once violations have been identified at your property, the longer you take to abate such violations can result in additional fees assessed against your property. Such charges can continue to follow you even if you no longer own the property.

| Our enforcement effort may also result in one or more of the following actions: |
|---|
| (1) A hearing before a County appointed Hearing Officer to declare your property a public nuisance; |
| (2) A referral of the case to the County Counsel's Office to initiate legal action against the property owner; |
| (3) A referral of the case to the District Attorney's Office to initiate criminal action against the property owners, this may include at the County's option, either infraction or misdemeanor prosecution. |
| (4) Issuance of an administrative penalty, up to $1000 per violation, per day |

Note: In order for cases to be closed a "compliance inspection" must be conducted on all units where violations were previously noted. If tenants are not available, managers/owners will be responsible for providing access. Property owner/managers must provide at least 24 hour legal notice to their tenants as required by California Civil Code 1954 to access their units. If a unit has become vacant, and violations were previously noted, Code Enforcement will need to conduct a pre-occupancy inspection to clear the unit. There may be additional fines/penalties if units are rented without

NOTICE OF APPEAL
HOUSING CODE

You have the right to appeal the issuance of any order, determination or action taken by the County of Sacramento under the Housing Code Enforcement Program found in Chapter 16.20 of the Sacramento County Code (hereinafter referred to as the Housing Code). "Notice of Appeal: Housing Code" forms are available upon request. When properly and completely filled out, accompanied by the appeal filing fee, and filed with the Clerk of the Sacramento County Board of Supervisors located at 700 H Street, Suite 2450, Sacramento, California 95814, this form conforms with the requirements set forth in Article 5 of the Housing Code for filing an appeal.

If you have any questions concerning the appeal process please refer to the Sacramento County Code, Title 16, Chapter 16.20 Sacramento Housing Code, Article 5. A copy of which is available in the office of the Clerk of the Board of Supervisors for your convenience or online at www.countycounsel.saccounty.net/CountyCode . Additionally, a copy of the Housing Code is available upon request from the Code Enforcement Rental Housing Inspection Program. You may also obtain information about your case by calling (916) 876-9020.

County staff members are not permitted to give legal advice concerning the use of this form or the appeal process. For all legal questions, please consult an attorney.

FILE APPEALS WITH THE:    CLERK OF THE BOARD
                          SACRAMENTO COUNTY BOARD OF SUPERVISORS
                          700 H STREET, SUITE 2450
                          SACRAMENTO, CA 95814

PLEASE ATTACH FILING FEE OF $700.00 (SCC 16.20.1135)

PLEASE NOTE: "To be timely, the appeal fee or basis for waiver of the appeal fee if a regulation providing therefore has been adopted and written appeal shall be filed within fifteen (15) days from the date of the service of such order, determination or action of the Director; provided, however, that if the dwelling or portion thereof is in such condition as to make it immediately dangerous to the life, health, property, safely, or welfare of the occupants, public, or adjacent property, and it is ordered vacated, and it is posted in accordance with Section 16.20.440.a. concerning posting of a notice to vacate, to be timely such appeal shall be filed within (5) days from the date of the service of the order, determination or action of the Director. Only those who have timely filed an appeal may join or be joined in an appeal herein." (SCC 16.20.500.b.)

....................................................................................................................................

**Notice of Code Enforcement Fee Schedule ***

| | |
|---|---|
| RHIP Initial County Inspection | $335.00 |
| RHIP Re-inspection | $335.00 for each reinspection when continuing violations exist, plus $59.50 for each unit in violation |
| Priority Inspections | $470.00 for the initial inspection and $355 for each reinspection |
| Abatement of Violations | Actual cost of contract abatement plus administrative fees |
| Infraction Citation | To be determined/imposed by the courts |
| Inspection Warrant | $480 each |
| Administrative Citation | Up to $1000 per violation, per day |

*The above listed fees are subject to change without further notice. If you require more information regarding fees associated with the Rental Housing Inspection Program, and/or Code Enforcement in general, please contact the Code Enforcement Division at 916-874-6444, or the RHIP Team at 916-876-9020.



County of Sacramento
**RENTAL HOUSING INSPECTION PROGRAM (RHIP)**
Code Enforcement Division
9700 Goethe Rd Ste A, SACRAMENTO, CA 95827
(916) 876-9020

## INSPECTION CHECKLIST(S)

**For Code Use Only:**

| | |
|---|---|
| Total Units | 141 |
| Inspected | 26 |
| Violation | 9 |
| Cleared | 17 |
| Charged | 3 |

**Case No.:**  RHIP2011-05907 / RHIP2011-05908

**Location of Property:**  5520 and 5511 HARRISON ST, NORTH HIGHLANDS, CA 95660

**APN:**  228-0042-015-0000 / 228-0042-016-0000

**Date Inspected:**  12/10/2019

PLEASE TAKE NOTE that the County has found that the dwelling and/or property at the above location is Substandard and constitutes a public nuisance. Each of the conditions noted on this Inspection Checklist(s) is a misdemeanor violation of the Sacramento Housing Code (SCC 16.20) and constitutes a separate offense for each and every day during any portion of which any violation is committed, continued or permitted.

The property will be re-inspected on **2/20/2020** between the hours of **1:00 PM to 4:00 PM** to determine if the violations were corrected.

### General Violations

| Location | Code Section | Violation | Notes | Status |
|---|---|---|---|---|
| DUMPSTER/TRASH CONTAINERS | CH&SC 17920.3(a)(16) | Lack of adequate garbage storage facility | Garbage is overflowing at #5520 | Remains |
| GEN. MAINT./ZONING VIOLATIONS | SZC 3.9.3.P. | Storage of inoperable/Unregistered vehicles | At #5511 and #5520 | Remains |
| REGISTRATION | SCC 16.20.905(b) | Failure to register with RHIP | Please update property registration | Remains |





**UNIT #:94 (RHIU2019-02800)**

| HALLWAY | CH&SC 17920.3(d) | Electric panel lacks required labeling | Electrical panel located in bedroom two. Needs to be labeled | Remains |
| OVERALL | CH&SC 17920.3(a)(12) | Evidence of/Cockroach infestation | Tenant reports of roaches | Remains |



Permits are required for any repairs or alterations to:

* Water heaters
* Balconies, stairs and landings
* Removal or change of any structural beam or load-bearing support
* Removal or change of any required egress
* Windows and Roofing
* Alterations, replacements and or relocation of work affecting public health and safety

Please refer to www.building.saccounty.net and check residential permits for more information. You are required to obtain all necessary permits prior to starting work. If permits are not obtained, you can be charged additional fines and penalties by the Building Department in addition to Code Enforcement fees. All permits must be issued for work being done and all permits must be finalized prior to this code enforcement case being "closed."

Contact Information: 916.875.5296, www.building.saccounty.net

If you have any questions regarding the Rental Housing Inspection Program (RHIP) please feel free to contact us at (916)876-9020 or by email at RHIP@saccounty.net.

Code Enforcement Officer: Ted Ware

Inspection Checklist, report run date 1/6/2020

**Office of Development & Code Services**
Steven L. Hartwig, Deputy County Executive



**Divisions**
Administrative Services
Building Permits & Inspection
Code Enforcement
Construction Management & Inspection
County Engineering

# Site Inspection Report

for Case Number:
**RHIP2011-05907**

| | |
|---|---|
| Address: | 5520 HARRISON ST, NORTH HIGHLANDS, CA 95660 |
| Complaint Type(s): | |

| | | | |
|---|---|---|---|
| Sub Zone: N03 | Case Filed: 7/11/2011 | Zoning: RD20 |

| | |
|---|---|
| BOS District: | Supervisor Susan Peters (3) |
| Owner: | OAK VLY APTS LIMITED PARTNERSHIP |
| Mailing Address: | 151   KALMUS DR   STE J 5 |
| | C/O WESTERN COMMUNITY HOUSING IN |
| | COSTA MESA, CA 92626 |

Investigating Officer
**Inspection Notes for RHIP Re-Inspection on 02/20/20 at 1:00PM**     Ted Ware

On 2/20/2020 at approximately 1300 hours, Officers Ware, and Bess arrived at 5520 Harrison St, North Highlands, CA, 95660 in regards to a RHIP county requested re-inspection.  The property manager was present and tenants did not provide access to the unit inspected.

The property consisted of 141 units, of which 9 were inspected. The CEO's determined the units to be in substantial compliance of the California Health and Safety code requirements

During the inspections the CEO's observed the following INTERIOR violations including but not limited to: Exhaust vent in disrepair; countertop in disrepair.

This report was written by Officer Ware. This report was reviewed, verified, and approved by the inspecting officers. The RHIP inspection cycle for this property is complete as of 2/20/2020. Fees were not assessed for this inspection. TBW25

CASE STATUS:
Cycle Complete

Units at property: 141
Units inspected: 9
Units in violation: 0
Units charged: 0

---

## Active Code Sections

---

upport Home        Submit Service Request        Search...   [🔍]        ▪   Fatima ▾

# Account Overview

## My Support Questions

| Subject ⬍ | Reference # ⬍ | Status ⬍ | Date Created ⬍ |
|---|---|---|---|
| Lack of Utilit... | 190816-000... | In Progress | 08/16/2019 |
| Plumbing | 190722-000... | In Progress | 07/22/2019 |
| Transfer | 190603-000... | Completed | 06/03/2019 |

See all my support questions

**Links**

- Update your account settings
- Change your password
- Manage your notifications
- View your public profile

## My Discussion Questions

| Title ⬍ | Discussion Question Creation Date ⬍ |
|---|---|
| Wood Shake Roof Shingles ... | 07/14/2019 |
| Title 17-REGULATION-LEAD... | 01/24/2019 |
| Proper procedure for location... | 10/14/2018 |
| Test Community Question | 07/18/2017 |

See all my discussion questions



Jut of Office Incident Flag No

**LOB System Name**     Accela

**Incident Address**     5520 HARRISON ST APT 94, NORTH HIGHLANDS, CA 95660

**Severity**     1

**Priority**     1

**SLA**     72 Hours

**GIS WM Neighborhood Pickup Rou** North

**Close Parent Incident**   No

**CRM Integration Status** 0

eF Opt **Roadside**     No

eF Opt **Domestic**     No

eF Opt **General Questions** No

eF Opt **Hours & Location** No

eF Opt **In Traffic**     No

eF Opt **Other**     No

eF Opt **Phone Number**   No

eF Opt **Wild**     No

eF **More Information**     RP stated the leak is still occurring and now the water is leaking through the electrical outlets.

RP son was electrocuted on wed 08/14/19 when trying to flip the light switch.

RP will not turn on the A/C due to the electrical.

RHIP2011-05907 - added to existing case

eF Opt **Fencing Issue**     No

eF Opt **Gate Issue**     No

eF Opt **Assessor Records** No

eF Opt **Parcel Questions** No

eF Opt **Tax Bills**     No

eF Opt **File Complaint**   No

eF **Reporter relation Property** Occupant

🖨 Print

Website Policies & Use | Contact Us | Report a Problem | Connect with Us | © 2017 Sacramento County

## Re: 311 Sacramento County - Reference # 190722-000820 - 07/22/2019 06:28 PM

From:  katumbusi@yahoo.com

To:    sacco311@custhelp.com

Date:  Tuesday, July 23, 2019, 10:51 AM PDT

In response to  Additional information to substantiate my claim.  Please see attached videos and pictures.
This has been a continual issue since 2015. Now, it has come to the point that the water is coming from the wall, ceiling, and even the air conditioning vent. Management are well aware of the issue.
 Continue issue with water leakage from the hallway air conditioning system. Now, it has started leaking from the hallway wall, sometimes leaking from the ceiling which has created a bubble pattern.  In the living room there are spots of mold.
July 3rd, 2019 a call to the office that there is water coming from the hallway wall and the hallway light fixture was flickering. Maintenance removed the light switch plate and found that the wires were wet, and disconnected  the three line wire that connects to the other switch. He said he will be back on Tuesday, July 9th, 2019.
On July 5th, it is cited that the maintenance "repaired pipe leaking" the action was completed on July 5th. That issue never happened.
July 9th, Maintenance came and replaced the light switch so it can connect to the other switch.
July 10th called Office after 5pm. Explained to the manager the situation. Stated will have take a look at the issue the next day.
July 11th,was told that maintenance is very busy. Have 3 properties to management that they will get to me.
Maintenance never showed up, in fact he walked right passed me while I was standing in front of my unit.

 20190721_135844 (1).jpg
1.9MB

20190712_230023.mp4
12.4MB

received_700200073758692.mp4
4MB

20190715_104422.mp4
6.3MB

Would like to be notified when the issue reaches resolution.

Customer (Fatima Katumbusi) via channel 'Service Email'                    07/23/2019 10:54 AM

In response to Additional information to substantiate my claim. Please see attached videos and pictures.

This has been a continual issue since 2015. Now, it has come to the point that the water is coming from the wall, ceiling, and even the air conditioning vent. Management are well aware of the issue. Continue issue with water leakage from the hallway air conditioning system. Now, it has started leaking from the hallway wall, sometimes leaking from the ceiling which has created a bubble pattern. In the living room there are spots of mold.

July 3rd, 2019 a call to the office that there is water coming from the hallway wall and the hallway light fixture was flickering. Maintenance removed the light switch plate and found that the wires were wet, and disconnected the three line wire that connects to the other switch. He said he will be back on Tuesday, July 9th, 2019.

On July 5th, it is cited that the maintenance "repaired pipe leaking" the action was completed on July 5th. That issue never happened.

July 9th, Maintenance came and replaced the light switch so it can connect to the other switch.

July 10th called Office after 5pm. Explained to the manager the situation. Stated will have take a look at the issue the next day.

July 11th, was told that maintenance is very busy. Have 3 properties to management that they will get to me. Maintenance never showed up, in fact he walked right passed me while I was standing in front of my unit.

================================= video File Attachment ===============================
20180715_104422.mp4, 6582476 bytes, discarded: maximum attachment size exceeded

================================= video File Attachment ===============================
20190712_230023.mp4, 13029796 bytes, discarded: maximum attachment size exceeded

Staff Account (Solis) via channel 'Email'                    07/22/2019 06:34 PM

Hello Fatima Katumbusi,

Thank you for your online request. I have entered a service request for Code Enforcement. Your case number is 190722-000820. Please refer to this number for any follow up inquiries. You can track your Service Request by responding back through this email or by calling us 24/7 at 916-875-4311. Thank you for contacting Sacramento County 311 Connect.

**Sacramento County 311**

Customer (Fatima Katumbusi) via channel 'Service Web'                    09/05/2019 03:42 AM

Code Enforcement came out yesterday on September 4th and did the necessary inspections. When asked. I forgot to add that there is this big electrical wire outside of the 2nd bedroom under the the siding and every now and then it buzzes and shakes my wall and bed. In the past it would trigger the wall socket shutting off my TV (in my bedroom). Previously because of this buzzing sound or some sort I believe it caused the thermostat to malfunction. Wherefore it was changed. Overall, this the wall at the bedroom window buzzes and shakes my bed so I do not sleep in my bedroom. Randomly, the floor vibrates in the kitchen near the sink. Is this a cause for concern?

Staff Account (Nai) via channel 'Email'                    08/25/2019 02:46 PM

Hello Fatima Katumbusi,

Thank you for your online request. I have entered a service request for Code Enforcement. Your case number is 190816-000482. Please refer to this number for any follow up inquiries. You can track your Service Request by responding back through this email or by calling us 24/7 at 916-875-4311. Thank you for contacting Sacramento County 311 Connect.

Thank You,
Sacramento County 311

# Additional Details

**Email Address**      katumbusi@yahoo.com
**Incident ID**        190816-000482
**Status**             In Progress
**Created**            08/16/2019 03:16 PM
**Updated**            09/05/2019 07:39 AM
**File Attachments**

 40685509_288979721693315_3942807929375162368_n.jpg  *(442.44 KB)*



**Jut of Office Incident Flag** No

**LOB System Name** Accela

**Incident Address** 5520 HARRISON ST APT 94, NORTH HIGHLANDS, CA 95660

**Severity** 1

**Priority** 1

**SLA** 72 Hours

**GIS WM Neighborhood Pickup Rou** North

**Close Parent Incident** No

**CRM Integration Status** 0

**eF Opt Roadside** No

**eF Opt Domestic** No

**eF Opt General Questions** No

**eF Opt Hours & Location** No

**eF Opt In Traffic** No

**eF Opt Other** No

**eF Opt Phone Number** No

**eF Opt Wild** No

**eF More Information** RP stated the leak is still occurring and now the water is leaking through the electrical outlets.

RP son was electrocuted on wed 08/14/19 when trying to flip the light switch.

RP will not turn on the A/C due to the electrical.

RHIP2011-05907 - added to existing case

**eF Opt Fencing Issue** No

**eF Opt Gate Issue** No

**eF Opt Assessor Records** No

**eF Opt Parcel Questions** No

**eF Opt Tax Bills** No

**eF Opt File Complaint** No

**eF Reporter relation Property** Occupant

🖨 Print

Complaint and Concern

From: Fatima Katumbusi (katumbusi@yahoo.com)

To: ombudsman@shra.org

Date: Wednesday, March 11, 2020, 09:57 AM PDT

T-Code 00018200: Fatima Ann Katumbusi

I have a concern rather than a complaint about the issues at hand which I believe are retaliatory. I will list below.

I've brought to the attention to one of the housing specialist and my assigned caseworker that there was water leaking from the walls, light fixtures and the such after contacting my apartment manager. SHRA housing inspector arrived to my unit and assessed the issue. I indicated there is mold on my ceiling of my living room due to the water damage. The inspector viewed the mold on my ceiling and stated that he will not going to write it on the paper work since he is not qualified to say it is mold. It is clear it is such.

On November 2019,I believe out of retaliation for complaining to SHRA and code enforcement my rent was increased from $1080 to $1380 which the housing specialist approved and it has put me 40 percent over the AMI. Meanwhile, the apartment management advertised the same apartment for less on http://www.gosection8.com. in addition to other tenants rents are much less.

I did not agree to pay such, and the Apartment management stated on the their documents that the Apartment is in good condition. Which is not.

Is there a formal process to file a complaint with SHRA?

Thank you.

Fatima Katumbusi

2/3/2020

bridges at five oaks - Facebook Search

 **Elizabeth Prescott** posted an item for sale.
January 23 at 9:43 AM ·

Welcome to Bridges at Five Oaks.

CALL: (916) 571-0608 x357

$1,040 . 2 Bed 2 Bath . 870 Sq.Ft

Bridges At Five Oaks
Website: https://www.bridgesatfiveoaks.com/
Address: 5520 Harrison Street Sacramento, CA 95838
Want more information? http://unit-availability.com/
.../4i76556.../floorplan/7725725/1...

DESCRIPTION
Welcome to Bridges at Five Oaks. **Bridges at Five Oaks, named after the
divine Oak Tree on the property, is a newly renovated complex that is
visually appealing inside and out. Nestled in the neighborhood of Foothill
Farms** we offer modernized two bedroom units crafted for quality and
comfortable living. Bridges At Five Oaks is in the **perfect location near your
local Target and Walmart, and is just down the highway from the Roseville
Galleria Mall where you can find all your shopping, dining and entertainment**
opportunities

FLOORPLAN/UNIT FEATURES
Patio
Private Patio
Balcony
Carport Parking
Air Conditioning
Private Balcony
Dishwasher
Disposal
Heat
Refrigerator
Microwave
Range

LEASE TERMS
1-14 months

OFFICE HOURS
Monday 10:00am to 6:00pm
Tuesday 9:00am to 6:00pm
Wednesday 9:00am to 6:00pm
Thursday 9:00am to 6:00pm
Friday 10:00am to 6:00pm

CALL US TODAY! (916) **571-0608 x357 Liz**
Equal Housing Opportunity

**Elizabeth Prescott** posted an item for sale.
January 23 at 9:43 AM ·

Welcome to Bridges at Five Oaks.

CALL: (916) 571-0608 x357

$1,040 . 2 Bed 2 Bath . 870 Sq.Ft

Bridges At Five Oaks
Website: https://www.bridgesatfiveoaks.com/
Address: 5520 Harrison Street Sacramento, CA 95838
Want more information? http://unit-availability.com/
.../4i76556.../floorplan/7725725/1...

DESCRIPTION
Welcome to Bridges at Five Oaks. Bridges at Five Oaks, named after the
divine Oak Tree on the property, is a newly renovated complex that is
visually appealing inside and out. Nestled in the neighborhood of Foothill
Farms we offer modernized two bedroom units crafted for quality and
comfortable living. Bridges At Five Oaks is in the perfect location near your
local Target and Walmart, and is just down the highway from the Roseville
Galleria Mall where you can find all your shopping, dining and entertainment
opportunities.

FLOORPLAN/UNIT FEATURES
Patio
Private Patio
Balcony
Carport Parking
Air Conditioning
Private Balcony
Dishwasher
Disposal
Heat
Refrigerator
Microwave
Range

LEASE TERMS
1-14 months

OFFICE HOURS
Monday 10:00am to 6:00pm
Tuesday 9:00am to 6:00pm
Wednesday 9:00am to 6:00pm
Thursday 9:00am to 6:00pm
Friday 10:00am to 6:00pm

CALL US TODAY! (916) 571-0608 x357 Liz
Equal Housing Opportunity



2/3/2020

bridges at five oaks - Facebook Search



+14

$1,040

**Спален: 2 Ванные: 2 - Квартира**

Sacramento, CA

1

| Like | Comment | Share |



1/27/2020



November 26th , 2019

# 60 DAY NOTICE OF RENT ADJUSTMENT

5520 Harrison St.

North Highlands, Ca 95660

Dear Fatima Katumbusi     T-code# T0018200

5520 Harrison St # 94

North Highlands, Ca 95660

Our most recent market survey shows that The Bridges At Five Oaks is offering an excellent value for your money. We appreciate having you in our community and hope you continue to enjoy your residency.

Your Lease rate will be $1384.00 Effective February 1, 2020. Tenant will be responsible for SMUD and any additional services i.e.; Pet Rent, Rent Plus, and Washer and Dryer. Owner will continue to be responsible for Water, Sewer and Garbage, and gas.

Sincerely,

Samantha Grant

Financial Assistant Manager

(916)344-4494 (office)

(916)344-5142 (fax)

**CC: SHRA File**



**INVESTING IN COMMUNITIES**

# RFTA SUPPLEMENTAL
## (Must be completed by the Landlord)
## LIST OF UNIT AMENITIES

**CLIENT NAME:** Fatima Katumbusi   **CLIENT #:** T0018200

**Rental Property Address (including zip code):**

5520 Harrison St # 94  Sacramento, Ca 95660

## Dwelling Type

| | | | | | | |
|---|---|---|---|---|---|---|
| X | Single Family | | Townhouse | | Manufactured Home | | High Rise |
| | Duplex | | Row House | | Garden/Walkup/Apt/Multi | | |

## Unit Condition

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | Excellent | | Good | | Fair | | Poor |

**Number of bedrooms (Required):** 2        **Number of bathrooms (Required):** 2

**Square Feet (Required):** 870        **Year Built:** 1986 (2011 Full Rehab)

**Census Tract:** _____

## OWNER PROVIDED AMENITIES (Check each one provided by the Owner)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Basement/Attic | | Business/Fitness Center | X | Cable/Internet ready | X | Carpeting |
| X | Ceiling Fans | X | Central A/C Unit | | Ceramic Tiles Floors | | Clubhouse |
| X | Covered and/or off-street Parking | X | Deck/Balcony/Patio/Porch | X | Dishwasher | | Elevator |
| X | Garbage Disposal | | Energy Efficient Cert Unit | | Fenced | | Garage |
| X | Modern Appliances | X | Handicap Accessible | | Hardwood Floors | X | Laundry Facilities |
| X | Refrigerator | X | Playground/Courts | X | Pool/Spa | X | Range |
| | Window/Wall A/C Unit | | Security System | | Storage | X | Washer/Dryer Hookups |
| | | | Working Fireplace | X | Yard Sprinkler System | | |
| | | | | | | | |
| | Landlord Provides Services | | NO Services | | | | |
| | | | | | | | |
| | Owner Provides ON SITE maintenance | | Owner Provides OFF SITE maintenance | | Poor Maintenance | | |

**Verified by:** _____        **Date:** 11/26/2019

Landlord / Agent Name

Revised 01/27/17 COG

12/20/2019                              Welcome Home - Main Page

                                                                        Sign out



Dashboard              My Home              My Profile              My Community

# Menu

## Current Service Requests

Completed

**Other - Please see comments**  Ref # 1047-1
Submitted 12/8/2019 | Completed - **Details**

**Category**

Preventative maintenance

**Location**

Hallway

**Item**

Other

**Description**

Received notice on door Saturday evening 12/07/2019 regarding pest
control, scheduled for December 12, 2019. ABSOLUTLEY, I don not
grant access or permission to my unit without me being home.
Wherefore, the date needs to be rescheduled to a sooner date and
time.

**Permission to enter unit?**

Monday, December 9, 2019 08:00 am - 12:00 pm

**Other - Please see comments** Ref # 1029-1
Submitted 12/6/2019 | Completed - **Details**

**GFI does not reset** Ref # 814-1
Submitted 9/5/2019 | Completed - **Details**

**Outlet does not work** Ref # 811-1
Submitted 9/4/2019 | Completed - **Details**

**Interior light-other problem** Ref # 809-1
Submitted 9/4/2019 | Completed - **Details**

**A/C leaks** Ref # 783-1
Submitted 8/28/2019 | Completed - **Details**

**Water from ceiling** Ref # 766-1
Submitted 8/23/2019 | Completed - **Details**

**Other - Please see comments** Ref # 757-1
Submitted 8/21/2019 | Completed - **Details**

**Wall/ceiling damaged** Ref # 750-1
Submitted 8/20/2019 | Completed - **Details**

**A/C leaks** Ref # 748-1
Submitted 8/19/2019 | Completed - **Details**

**Other - Please see comments** Ref # 637-1
Submitted 7/3/2019 | Completed - **Details**

**Other - Please see comments** Ref # 600-1
Submitted 6/19/2019 | Completed - **Details**

**Thermostat does not work** Ref # 470-1
Submitted 4/25/2019 | Completed - **Details**

**Smoke/CO detector not working**  Ref # 402-1
Submitted 3/27/2019 | Completed - **Details**

**Mailbox door wont open/close**  Ref # 351-1
Submitted 2/19/2019 | Completed - **Details**

**Other - Please see comments**  Ref # 216-1
Submitted 1/2/2019 | Completed - **Details**

**Other - Please see comments**  Ref # 56-1
Submitted 10/5/2018 | Completed - **Details**

## Contact Information

If property or personal safety is at risk, call our emergency maintenance phone number immediately.

Submit a Service Request

## Service Policy

Please contact the office for information on our service policy.

<u>Privacy Policy</u>

**THE BRIDGES**
AT FIVE OAKS

Dashboard            My Home            My Profile            My Community

# Menu

# Current Service Requests

Completed

**Other - Please see comments**  Ref # 1047-1
Submitted 12/8/2019 | Completed - **Details**

Service Request Completed for M-94

From: bridges@reliantpropertymgmt.com

To:    katumbusi@yahoo.com

Date: Friday, December 6, 2019, 03:35 PM PST

**Dear Fatima A Katumbusi,**

The service request for service issue #1029-1, `Other - Please see comments (Balcony- removal of rubbish Bathroom 1-door hinge loose Bathroom1-GFI nor working Bathroom !countertop needs secured Bathroom 1- shower hardware needs caulking Bathroom 1- exhaust fan not working Bathroom 1- drywall repair ( by toilet paper dispenser ) Bedroom 1-discoloration on bedroom wall left lower corner by entry Bedroom 1 - smoke alarm missing Bedroom 2- door hinge loose Bedroom 2- door split around door striker plate Bedroom 2- smoke alarm not working Bedroom 2- window lock doesn`t work Exterior- broken glass on fire extinguisher Hallway- smoke alarm missing Hallway bathroom- door hinge loose Hallway bathroom- no electrical power Hallway bathroom- lower left of vanity need repair Hallway bathroom- tub leaks water at faucet Hallway bathroom- shower hardware needs caulking Hallway bathroom- exhaust fan doesn`t work Kitchen- GFI outlet doesn`t work Living room- patio door screen torn Living room- discoloration on ceiling by hallway Pest control- (Sch with Vendor ))` was completed on 12/6/2019 3:22:00 PM.
The technician completed the following action(s): Unit inspected.

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(916) 344-7256

## Fw: DRUGS and MOLD

From:   Fatima Katumbusi (katumbusi@yahoo.com)

To:     therev@justicereformcoalition.org; dmiles@reliantpropertymgmt.com

Cc:     bridges@reliantpropertymgmt.com

Date:   Wednesday, March 11, 2020, 09:36 AM PDT

----- Forwarded Message -----
**From:** Fatima Katumbusi <katumbusi@yahoo.com>
**To:** dmiles@reliantpropertymgmt.com <dmiles@reliantpropertymgmt.com>
**Sent:** Wednesday, March 11, 2020, 09:34:55 AM PDT
**Subject:** DRUGS and MOLD

Good morning Debra,

This e-mail is a follow-up to our verbal conversation on March 2, 2020, and documentation of such.

To reiterate, you've stated that Code Enforcement cleared my apartment of all issues including the mold.

In addition to: I've sent a message through the Bridges at Five Oaks portal complaining about the drugs in my apartment. As I write this e-mail, there is fumes in my unit, coming from my bedroom, both bathrooms, and it is coming from (Christina's unit) upstairs.

It is clear that you are not going to do anything about it. So this is documentation of this communication.

Thank you.

Regards,

Fatima Katumbusi

# 3 Hour Service Request
Resident Satisfaction is our Priority

**Bridges at Five Oaks**
5520 Harrison Street, North Highlands, CA 95660
Phone: 916-507-2199

 WASATCH

**Service Request:** 1152066
**Call Date:** 09/06/2018
**Unit:** 094
**Caller:** Fatima Katumbusi
(916) 915-8065

| # Pets Seen: | /1 | **Primary Lessee:** Fatima Katumbusi |
|---|---|---|

**Brief Description**
a/c unit leaking in hallway

**OK to enter?** No          **Category:** Leak          **SubCategory:**

**Access Notes**
she will be home

**Problem Description**
near vent in hallway, the a/c is leaking. started Saturday, but stopped on Sunday. Resident would like us to check it out to be sure it is taken care of and change the a/c filter too.

**Technician Notes**

**Call Date/Time:** 9/6/2018 11:14 am          **Completed Date/Time:**

**Scheduled Date/Time:**          **Completed By:**

---

# 3 Hour Service Request
Resident Satisfaction is our Priority

**Bridges at Five Oaks**
5520 Harrison Street, North Highlands, CA 95660
Phone: 916-507-2199
THEBRIDGESISYOURHOME.COM
bw.leasing@netwasatch.com

 WASATCH
PROPERTY MANAGEMENT

**Service Request:** 1152066
**Call Date:** 09/06/2018
**Unit:** 094
**Caller:** Fatima Katumbusi
(916) 915-8065

**Brief Description**
a/c unit leaking in hallway

**OK to enter?** No          **Category:** Leak          **SubCategory:**

**Access Notes**
she will be home

**Problem Description**
near vent in hallway, the a/c is leaking. started Saturday, but stopped on Sunday. Resident would like us to check it out to be sure it is taken care of and change the a/c filter too.

**Technician Notes**

**Call Date/Time:** 9/6/2018 11:14 am          **Completed Date/Time:**

**Scheduled Date/Time:**          **Completed By:**

*We will contact you to follow up on our work. Thank You!*

Service Request Completed for M-94

From: 5oaks@reliantpropertymgmt.com

To: katumbusi@yahoo.com

Date: Friday, October 5, 2018, 05:08 PM PDT

**Dear Fatima Katumbusi,**

The service request for service issue #56-1, `Other - Please see comments (resident stating short in living room outlets)`
was completed on 10/5/2018 4:51:00 PM.
The technician completed the following action(s): Other - **Please see completion notes (Aaron Checked outlet of
concern, all ok, checked condensation near outlet).**

Please contact your leasing office if you have any questions or concerns.  .

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(999) 999-9999

1/1



Find messages, documents, photos or people

← Back   📁 Archive   📂 Move   🗑 Delete   ⊘ Spam   •••   ▲ ▼ ✕

## Re: Service Request Completed for M-94

Yahoo Mail/Sent

 Fatima Katumbusi <katumbusi@yahoo.com>
To: Soaks@reliantpropertymgmt.com

Oct 14, 2018 at 10:24 PM

Thank you for the prompt service. In receipt of this work order. Please note that this was an ongoing issue in my unit since 2015. More recently on September 06, 2018 a work order was placed for the air conditioning leakage in the hallway from the weekend of September 1st, 2018. September 06, 2018 work order was completed.

The weekend of September 29th water was leaking again from the hallway air conditioning unit. Maintenance was called out on October 05, 2018. It was discovered that a cap was missing from the PCV pipe where the water was possibly leaking from. It was replaced by the technician. Seemingly, it has desist.

The outlets are still giving problems intermittently.

Your prompt attention was greatly appreciated.

Fatima Katumbusi
Tenant apt 94

On Friday, October 5, 2018 05:08:06 PM PDT, <Soaks@reliantpropertymgmt.com> wrote:

Dear Fatima Katumbusi,

The service request for service issue #56-1, 'Other - Please see comments (resident stating short in living room outlets)' was completed on 10/5/2018 4:51:00 PM.
The technician completed the following action(s): Other - Please see completion notes (Aaron Checked outlet of concern, all ok, checked condensation near outlet).

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(599) 598-9999

🔄 ◀ ➤ •••

*(handwritten note in right margin:)* computer dryo Water demore

Service Request Completed for M-94

From: Soaks@reliantpropertymgmt.com

To:    katumbusi@yahoo.com

Date:  Wednesday, March 27, 2019, 02:16 PM PDT


**Dear Fatima A Katumbusi,**

The service request for service issue #402-1, `Smoke/CO detector not working` **was completed** on 3/27/2019 2:14:00 PM.

The technician completed the following action(s): **Other – Please see completion notes** (AAron replaced light bulb in hall bath unclogged sink in hall bath fixed exhaust fan in bathroom unclogged the disposal replaced microwave installed new smoke detector in hallway).

Please contact your leasing office if you have any questions or **concerns.**

Thank you,
Bridges at Five Oaks
**5520 HARRISON ST**
SACRAMENTO, CA 95842
(999) 999-9999

*[handwritten notes:]* ⊘ light bulb
⊘ fix exhaust
fan –
mysterously
came on
σ lights

Shorted
(out)

1/1

Service Request Completed for M-94

From: bridges@reliantpropertymgmt.com

To: katumbusi@yahoo.com

Date: Wednesday, June 19, 2019, 05:06 PM PDT


**Dear Fatima A Katumbusi,**

The service request for service issue #600-1, 'Other - Please see comments (need to check smoke detector)' was completed on 6/19/2019 5:05:00 PM.
The technician completed the following action(s): **Replaced batteries.**

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
**3520 HARRISON ST**
SACRAMENTO, CA 95842
(999) 999-9999

*Battery ∅ replaced.*
*Just reset*
*button and*
*closed door*
*∂ smoke*
*detector.*

*Smoke Detector*
*was just replaced.*
*May. 2019.*

1/1
1/1

# NOTICE TO ENTER DWELLING UNIT
## (CC 1954)

Pursuant to California Civil Code Section 1954, and pursuant to the terms of your lease, Section XI. Inspection by Owner and pursuant to the terms and conditions of the Additional Services Agreement, Paragraph 11, of your Rental Agreement: Right of Lesser to inspect property, Owner/Agent hereby gives notice to Fatima Katumbusi                    and all persons in the premises located at,

5520 Harrison Street #___94___,   North Highlands CA 95660

Owner, Owner's Agent or Owner's employees will enter said premises on or about 8/20/2019 during normal business hours 9:00 AM – 5:00 PM for the reason set forth in the checked item(s) below:

_X__  1.      To make necessary and or agreed repairs. .

_____  2.      To do necessary or agreed decorating.

_____  3.      To make necessary or agreed alterations or improvements.

_____  4.      To supply necessary or agreed services.

_____  5.      To exhibit the rental unit to prospective or actual purchasers.

_____  6.      To exhibit the rental unit to prospective mortgages.

_____  7.      To exhibit the rental unit to prospective tenants.

_____  8.      To exhibit the rental unit to workmen or contractors.

_____  9.      Pursuant to Court Order

_____  10.     To inspect waterbed and or liquid-filled furniture.

_____  11.     To test the smoke detector.

_____  12.     To verify Resident has abandoned premises.

_____  13.     Other:

**Please note that if you have changed your locks and have not provided us with a key, you must provide the owners/agent with a duplicate key before this inspection is to take place or you will be charged a $25 lock replacement fee.**

Date;  08/19/2019                         _____
                                                              Owner/Agent

# NOTICE TO ENTER DWELLING UNIT
## (CC 1954)

Pursuant to California Civil Code Section 1954, **and pursuant to the terms of your lease, Section XI.**
Inspection by Owner and pursuant to the terms **and conditions of the Additional Services Agreement,**
Paragraph 11, of your Rental Agreement: Right of Lesser to inspect property, Owner/Agent hereby gives
notice to Fatima Katumbusi and all persons in the premises located at,

### 5520 Harrison Street #94 North Highlands CA 95660

Owner, Owner's Agent or Owner's employees **will enter said premises on or about 8/21/2019 during**
normal business hours 9:00 AM – 5:00 PM for the reason set forth in the checked item(s) below:

| | | |
|---|---|---|
| _X_ | 1. | To make necessary and or agreed repairs. |
| ___ | 2. | To do necessary or agreed decorating. |
| ___ | 3. | To make necessary or agreed alterations or improvements. |
| ___ | 4. | To supply necessary or agreed services. |
| ___ | 5. | To exhibit the rental unit to prospective or actual purchasers. |
| ___ | 6. | To exhibit the rental unit to prospective mortgages. |
| ___ | 7. | To exhibit the rental unit to prospective tenants. |
| ___ | 8. | To exhibit the rental unit to workmen or contractors. |
| ___ | 9. | Pursuant to Court Order |
| ___ | 10. | To inspect waterbed and or liquid-filled furniture. |
| ___ | 11. | To test the smoke detector. |
| ___ | 12. | To verify Resident has abandoned premises. |
| ___ | 13. | Other: |

**Please note that if you have changed your locks and have not provided us with a key, you must**
**provide the owners/agent with a duplicate key before this inspection is to take place or you will be**
**charged a $25 lock replacement fee.**

Date;  8/20/2019                                          _____
                                                              Owner/Agent

# NOTICE TO ENTER DWELLING UNIT
## (CC 1954)

Pursuant to California Civil Code Section 1954, and pursuant to the terms of your lease, Section XI.
Inspection by Owner and pursuant to the terms and conditions of the Additional Services Agreement,
Paragraph 11, of your Rental Agreement: Right of Lesser to inspect property, Owner/Agent hereby gives
notice to Fatima Katumbusi _____ and all persons in the premises located at,

### 5520 Harrison Street #94 North Highlands CA 95660

Owner, Owner's Agent or Owner's employees will enter said premises on or about 8/23/2019 during
normal business hours 9:00 AM – 5:00 PM for the reason set forth in the checked item(s) below:

| | | |
|---|---|---|
| X | 1. | To make necessary and or agreed repairs. |
| | 2. | To do necessary or agreed decorating. |
| | 3. | To make necessary or agreed alterations or improvements. |
| | 4. | To supply necessary or agreed services. |
| | 5. | To exhibit the rental unit to prospective or actual purchasers. |
| | 6. | To exhibit the rental unit to prospective mortgages. |
| | 7. | To exhibit the rental unit to prospective tenants. |
| | 8. | To exhibit the rental unit to workmen or contractors. |
| | 9. | Pursuant to Court Order |
| | 10. | To inspect waterbed and or liquid-filled furniture. |
| | 11. | To test the smoke detector. |
| | 12. | To verify Resident has abandoned premises. |
| | 13. | Other: |

Please note that if you have changed your locks and have not provided us with a key, you must
provide the owners/agent with a duplicate key before this inspection is to take place or you will be
charged a $25 lock replacement fee.

Date; 8/22/2019 _____

Owner/Agent



**The Bridges at Five Oaks**

**5511 Harrison Street**

**North Highlands CA 95660**

**916-344-7256**

8/26/2019

Fatima Katumbusi

5520 Harrison Street #94

North Highlands CA 95660

Dear Ms. Katumbusi

We understand that you may have a maintenance issue in your apartment home. Please call the office and speak to Debra to schedule an appointment as soon as possible. Resident satisfaction is our top priority. We strive to give you great customer service at all times.

Sincerely,

**Debra Miles**

Property Manager

# NOTICE TO ENTER DWELLING UNIT
## (CC 1954)

Pursuant to California Civil Code Section 1954, **and pursuant to the terms of your lease, Section XI.
Inspection by Owner and pursuant to the terms and conditions of the Additional Services Agreement,
Paragraph 11, of your Rental Agreement: Right of Lesser to inspect property, Owner/Agent** hereby gives
notice to Fatima Katumbusi _____ and all persons in the premises located at,

### 5520 Harrison Street #94 North Highlands CA 95660

Owner, Owner's Agent or Owner's employees will enter said premises on or about 8/28/2019 during
normal business hours 9:00 AM – 5:00 PM for the reason set forth in the checked item(s) below:

| | | |
|---|---|---|
| X | 1. | To make necessary and **or agreed repairs.** |
| | 2. | To do necessary or agreed **decorating.** |
| | 3. | To make necessary or agreed **alterations or improvements.** |
| | 4. | To supply necessary or agreed **services.** |
| | 5. | To exhibit the rental unit to **prospective or actual purchasers.** |
| | 6. | To exhibit the rental unit to **prospective mortgages.** |
| | 7. | To exhibit the rental unit to prospective **tenants.** |
| | 8. | To exhibit the rental unit to **workmen or contractors.** |
| | 9. | **Pursuant to Court Order** |
| | 10. | To inspect waterbed and or liquid-filled **furniture.** |
| | 11. | To test the smoke detector. |
| | 12. | To verify Resident has **abandoned premises.** |
| | 13. | Other: |

**Please note that if you have changed your locks and have not provided us with a key, you must
provide the owners/agent with a duplicate key before this inspection is to take place or you will be
charged a $25 lock replacement fee.**

Date; 8/27/2019

_____
Owner/Agent

### NOTICE TO ENTER DWELLING UNIT
### (CC 1954)

Pursuant to California Civil Code Section 1954, and pursuant to the terms of your lease, Section XI. Inspection by Owner and pursuant to the terms and conditions of the Additional Services Agreement, Paragraph 11, of your Rental Agreement: Right of Lessor to inspect property, Owner/Agent hereby gives notice to: _____Fatima Katumbusi_____ and all persons in the premises located at, 5520 Harrison Street #___94_____, North Highlands, CA 95660

Owner, Owner's Agent or Owner's employees will enter said premises on or about 08/29/2019 during normal business hours 8:30 AM – 5:00 PM for the reason set forth in the checked item(s) below:

_X__ 1.     To make necessary and or agreed repairs.

_____ 2.     To do necessary or agreed decorating.

_____ 3.     To make necessary or agreed alterations or improvements.

_____ 4.     To supply necessary or agreed services.

_____ 5.     To exhibit the rental unit to prospective or actual purchasers.

_____ 6.     To exhibit the rental unit to prospective mortgages.

_____ 7.     To exhibit the rental unit to prospective tenants.

_____ 8.     To exhibit the rental unit to workmen or contractors.

_____ 9.     Pursuant to Court Order

_____ 10.    To inspect waterbed and or liquid-filled furniture.

_____ 11.    To test the smoke detector.

_____ 12.    To verify Resident has abandoned premises.

_____ 13.    Other:  Inspection by management

**Please note that if you have changed your locks and have not provided us with a key, you must provide the owners/agent with a duplicate key before this inspection is to take place or you will be charged a $100.00 lock replacement fee.**

Date August 28, 2019

_____
Owner/Agent

# NOTICE TO ENTER DWELLING UNIT
## (CC 1954)

Pursuant to California Civil Code Section 1954, **and pursuant to the terms of your lease, Section XI.**
**Inspection by Owner and pursuant to the terms and conditions of the Additional Services Agreement,**
**Paragraph 11,** of your Rental Agreement: **Right of Lesser to inspect property, Owner/Agent hereby gives**
notice to __Fatima Katumbusi__ **and all persons in the premises located at,**

### 5520 Harrison Street #94 North Highlands CA 95660

Owner, Owner's Agent or Owner's employees **will enter said premises on or about 9/5/2019** during
normal business hours 9:00 AM – 5:00 PM for the **reason set forth in the checked item(s) below:**

__X__ 1.     To make necessary and or agreed **repairs.**

_____ 2.     To do necessary or **agreed decorating.**

_____ 3.     To make necessary or agreed **alterations or improvements.**

_____ 4.     To supply necessary or **agreed services.**

_____ 5.     To exhibit the rental unit to prospective or **actual purchasers.**

_____ 6.     To exhibit the rental unit to prospective **mortgages.**

_____ 7.     To exhibit the rental unit to prospective **tenants.**

_____ 8.     To exhibit the rental unit to **workmen or contractors.**

_____ 9.     Pursuant to Court Order

_____ 10.     To inspect waterbed and or **liquid-filled furniture.**

_____ 11.     To test the smoke detector.

_____ 12.     To verify Resident has abandoned **premises.**

_____ 13.     Other:

**Please note that if you have changed your locks and have not provided us with a key, you must**
**provide the owners/agent with a duplicate key before this inspection is to take place or you will be**
**charged a $25 lock replacement fee.**

Date; 9/4/2019                                    _____
                                                              Owner/Agent

**Bridges at Five Oaks**
5520 HARRISON ST
SACRAMENTO , CA 95842
(999) 999-9999

**Building M Unit 94**

**Service request**
748-1
Status: In progress
Created by: Debra Miles
Submitted: 08/19/2019 5:14PM PST
Printed: 08/19/2019 5:19PM PST

**Location: Building M Unit 94**

| Location information | Scheduling information | |
|---|---|---|
| Fatima A Katumbual | Assigned to: | Unassigned |
| 5520 Harrison Street #94 | Priority: | 3 - Standard |
| North Highlands, CA 95660 | PTE: | Enter at any time |
| (C) (530) 506-1054 | Date/time preferred: | |
| Days occupied:1557  Number of requests:8 | Date/time scheduled: | |
| Floor plan: ov2x2-60 | Complete SR by: | 08/21/2019 05:14 pm PST |

**Request details**

**Entry notes: SER**VED 24 HOUR NOTICE TO ENTER

**Issue location:** Hallway

**Issue description:** Air conditioner, A/C leaks

**Parts and equipment needed:** -

**Work notes:**

**Service comments:** per tanant outlet on entry wall and outlet right of hall work intermittaly when ac is turned on water comes out the hall light fixture, baseboard and celing access panels

**Actions performed**  (check all that apply)

- [ ] Adjusted thermostat
- [ ] Inspected AC unit
- [ ] Installed new AC
- [ ] Repaired coolant leak
- [ ] Repaired duct
- [ ] Replaced compressor
- [ ] Replaced duct
- [ ] Replaced fan motor
- [ ] Replaced filter
- [ ] Replaced AC capacitor
- [ ] Replaced fuse
- [ ] Replaced inside unit
- [ ] Replaced outside unit
- [ ] Replaced thermostat
- [ ] Other, please see comments

**Other actions performed:**  Replaced damaged Condensate line.

**Date Completed:**  8 | 19 | 2019

**Start time**  9:00   **End time**  10:40   **Charge**   **Status**

**Parts used**  condensate line

- [ ] No Access

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- [ ] Due to an emergency, the maintenance staff entered your apartment

**Service request #** 748-1
**Location** Building M Unit 94
**Assigned to** Unassigned

**Signed** _____ 8/20/19 **Date completed** _____
10:34 am

Service Request Completed for M-94

From:  bridges@reliantpropertymgmt.com

To:  katumbusi@yahoo.com

Date:  Friday, September 6, 2019, 11:55 AM PDT

**Dear Fatima A Katumbusi,**

The service request for service issue #814-1, `GFI does not reset` was completed on 9/6/2019 11:54:00 AM. The technician completed the following action(s): Replaced GFI outlet.

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(999) 999-9999

*[handwritten notes]* 450pm

Replaced.
GFI near
Pantry and side 2
Sink's
side said GFI
on right side 2
sink & working
maintaince
Rebixed to
Replace
side
GFI

Service Request Completed for M-94

From   bridges@reliantpropertymgmt.com (bridges@reliantpropertymgmt.com)

To:   katumbusi@yahoo.com

Date:   Wednesday, August 21, 2019, 02:20 PM PDT

~ Bathroom above bathtub

Dear Fatima A Katumbusi,

The service request for service issue #750-1, 'Wall/ceiling damaged' was completed on 8/21/2019 2:15:00 PM.
The technician completed the following action(s): Installed new drywall.

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(999) 999-9999

Service Request Completed for M-94

From  bridges@reliantpropertymgmt.com (bridges@reliantpropertymgmt.com)

To:    katumbusi@yahoo.com

Date:  Wednesday, September 4, 2019, 11:46 AM PDT

*Front bathroom*

Dear Fatima A Katumbusi,

The service request for service issue #809-1, 'Interior light-other problem' was completed on 9/4/2019 11:45:00 AM. The technician completed the following action(s): Other - Please see completion notes (Resident refused entry to the unit. She said absolutely no entry to her unit. resident was advised to call back when she is ready for entry.).

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(999) 999-9999

*lights*
*Fan*
*Switch ∅*
*working*
*Aaron Fixed*
*Bdrm #2*
*CFI — said outlet*
*too (length)*
*Short*

1/1

1/1

we will arrive tomorrow at 3:45 pm

## NOTICE TO ENTER DWELLING UNIT
### (CC 1954)

Pursuant to California Civil Code Section 1954, and pursuant to the terms of your lease, Section XI. Inspection by Owner and pursuant to the terms and conditions of the Additional Services Agreement, Paragraph 11, of your Rental Agreement: Right of Lesser to inspect property, Owner/Agent hereby gives notice to **Fatima   Katumbusi**                         and all persons in the premises located at,

5520 Harrison Street # **94**   North Highlands CA 95660

Owner, Owner's Agent or Owner's employees will enter said premises on or about 1/29/2020 during normal business hours 9:00 AM – 5:00 PM for the reason set forth in the checked item(s) below:

**X**   1.    To make necessary and or agreed repairs.

_____ 2.    To do necessary or agreed decorating.

_____ 3.    To make necessary or agreed alterations or improvements.

_____ 4.    To supply necessary or agreed services.

_____ 5.    To exhibit the rental unit to prospective or actual purchasers.

_____ 6.    To exhibit the rental unit to prospective mortgages.

_____ 7.    To exhibit the rental unit to prospective tenants.

_____ 8.    To exhibit the rental unit to workmen or contractors.

_____ 9.    Pursuant to Court Order

_____ 10.   To inspect waterbed and or liquid-filled furniture.

_____ 11.   To test the smoke detector.

_____ 12.   To verify Resident has abandoned premises.

**X**  13.   Other: labeled = electrical panel  in bedroom needs to be labeled

Please note that if you have changed your locks and have not provided us with a key, you must provide the owners/agent with a duplicate key before this inspection is to take place or you will be charged a $25 lock replacement fee.

Date;  1/28/2020                                        _____
                                                              Owner/Agent

Service Request Completed for M-94

From   bridges@reliantpropertymgmt.com

To:    katumbusi@yahoo.com

Date   Friday, July 5, 2019, 11:06 AM PDT

**Dear Fatima A Katumbusi,**

The service request for service issue #637-1, 'Other - **Please see comments (leaking water from the wall)**' was
completed on 7/5/2019 11:05:00 AM.   – 7/3/19.
The technician completed the following action(s): **Other - Please see completion notes (Aaron repaired pipe leaking).**

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
**5520 HARRISON ST**
SACRAMENTO, CA 95842
**(999) 999-9999**

# Service Request Completed for M-94

From   bridges@reliantpropertymgmt.com

To      katumbusi@yahoo.com

Date   Wednesday, August 21, 2019, 02:23 PM PDT


**Dear Fatima A Katumbusi,**

The service request for service issue #757-1, 'Other - Please see comments (While maintenance was in unit for sheetrock repair resident stated that the ceiling in the bathroom was soft. Maintenance cut hold in ceiling for moisture check and repair)' was completed on 8/21/2019 2:21:00 PM.
The technician completed the following action(s): Other - Please see completion notes (Aaron\Daniel Leak found coming from overflow in unit 95. Replaced overflow gasket and plate and refilled tub to inspect for leaks. No water leaked after repair, covered hole with screen to allow ceiling to dry. Will create service request and serve notice to enter for Friday 8/23).

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(999) 999-9999

Service Request Completed for M-94

From   bridges@reliantpropertymgmt.com

To:   katumbusi@yahoo.com

Date   Tuesday, August 20, 2019, 10:42 AM PDT


Dear Fatima A Katumbusi,

The service request for service issue #748-1, 'A/C leaks' was completed on 8/20/2019 10:41:00 AM.
The technician completed the following action(s): Other - Please see completion notes (Aaron\Daniel Condensate line
had nail drilled through it. Guys replaced condensate line. Cut hole for water damage and will replace the sheetrock on
8/20/2019. Resident signed that work order was completed and 24 hour notice has been served for 8/21/2019 for the
sheet rock repair).

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(999) 999-9999

Rentals   Contact this landlord   Agencies & Waiting Lists   Landlords   More

**View Phone Number**

Don't Get Scammed! Wire transfers & long-distance inquiries are often scams.

Learn More »

**First Name**

**Last Name**

# 2 Bed, 2 Bath Apt for $1,194/Month

9520 HARRISON ST, NORTH HIGHLANDS, SACRAMENTO COUNTY 95660

**Email**

## Landlord: Samantha Grant

**Phone**

Phone: (916) 344-4494

**Your Message to this Landlord**
174

**Property Details**

- Type: Apt
- Rent: $1,194.00
- Deposit: $900.00
- Is Negotiable: No
- Beds / Baths: 2 / 2
- Square Feet: N/A
- Year Built: N/A

- Pets Allowed?: Yes
- Date Available: NOW
- 55+ Only: No

**Send Message**

**Property Description**

GORGEOUS REMODELED APARTMENTS ALL WHIRPOOL ENERGY EFFICENT APPLIANCES IN ALL UNIT. LOW DEPOSITS!!
REMODELED APARTMENTS , SOLID CHERRY WOOD CABINETRY, WOOD FLOORING, BLACK WHIRLPOOL APPLIANCES, AND MUCH MORE

**Contact Landlord**

**Nearby Schools**

| | Rating | Grades | School Name | | Distance | Rentals in this school zone |
|---|---|---|---|---|---|---|

4
out of
10

K - 5

Superior Court of California, County of Sacramento
Small Claims Division

301 Bicentennial Circle
Sacramento, CA 95826-2701

(916) 875-7746

**Case No.: 19SC03421**

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS |
|---|---|
| Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importantcia acerca de sus derechos. |

## NOTICE OF ENTRY OF JUDGMENT

FATIMA KATUMBUSI
P O. BOX 728
RANCHO CORDO, CA 95741-0728

This matter came on regularly for hearing on September 19, 2019, at 1:30 PM. in Department 86. It is hereby stipulated by the Plaintiff FATIMA KATUMBUSI and Defendant OAK VALLEY APARTMENTS, LP to have MARY E. (MOLLY) GREENE presiding as temporary judge pursuant to California Rules of Court, Rule 2.816.

The matter was referred to mediation by mutual agreement of Plaintiff FATIMA KATUMBUSI and Defendant OAK VALLEY APARTMENTS, LP. The parties were not able to reach an agreement and the matter proceeded as scheduled.

On September 19, 2019, the matter was heard and the Court takes it under submission.

Judgment was entered on September 24, 2019, as follows:

Plaintiff is awarded $3500.00 for the breach of warranty of habitability. She is awarded nothing on her harassment claim.

The Defendant OAK VALLEY APARTMENTS, LP shall pay the Plaintiff FATIMA KATUMBUSI principal in the amount of $3,500.00 on Plaintiff's claim.

Further, the Defendant OAK VALLEY APARTMENTS, LP shall pay court fees and costs in the amount of $90.00 directly to the court.

Enforcement of the judgment is automatically postponed for 30 days from the date of mailing of this notice or, if an appeal is filed, until the appeal is decided.

CLERK'S CERTIFICATE OF MAILING - I, the Clerk of this court, certify I am not a party to this action, and on the date shown below served the foregoing notice by depositing true copies enclosed in separate sealed envelopes to Plaintiff FATIMA KATUMBUSI, at P.O. BOX 728, RANCHO CORDO, CA 95741-0728 and Defendant OAK VALLEY APARTMENTS, LP, at 601 CALIFORNIA STREET, STE 1150, SAN FRANCISCO, CA 94108. The mailing and this certification occurred at Sacramento, California, on the date shown below.

Place of Mailing: Sacramento, California

Date of Mailing: 09/27/2019

Lloyd Connelly, Clerk, by ___(Original on File /s/)___ , Deputy

E. Uzzle

---

The county provides small claims advisor services free of charge. Read the information sheet on the reverse.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 (Rev. July 1, 2007)

**NOTICE OF ENTRY OF JUDGMENT**
**(Small Claims)**

Code of Civil Procedure, § 116.810
www.courtinfo.ca.gov

| COURT:<br>Superior Court of California, County of Sacramento<br>Small Claims Division<br>301 Bicentennial Circle<br>Sacramento, CA 95826-2701 - (916) 875-7746 | FOR COURT USE ONLY |
|---|---|

CASE TITLE:
**FATIMA KATUMBUSI vs. OAK VALLEY APARTMENTS, LP**

| **NOTICE OF TRIAL DE NOVO** | CASE NUMBER<br>**19SC03421** |
|---|---|

FATIMA KATUMBUSI
P.O. BOX 728
RANCHO CORDO, CA 95741-0728

You are notified to appear on February 14, 2020, at 9:00 AM, in Department 88 of the Superior Court of California, County of Sacramento, located at 301 Bicentennial Circle, Sacramento, CA 95826.

In a Trial De Novo, you are entitled to be represented by an attorney of your choice; however, you need not appear through an attorney. An individual may represent himself or herself; a corporation may appear through a director, an officer, or an employee.

To prove or defend the claim, bring with you all necessary books, papers and witnesses. Any documents submitted to the court may not be returned.

CLERK'S CERTIFICATE OF MAILING - I certify that I am not a party to this action. This Notice of Trial De Novo was mailed first class postage prepaid, in a sealed envelope to Plaintiff FATIMA KATUMBUSI, at P.O. BOX 728, RANCHO CORDO, CA 95741-0728 and Defendant OAK VALLEY APARTMENTS, LP, at 1809 S STREET, SUITE 101-272, SACRAMENTO, CA 95811, Attorney for Defendant TREVOR MIRKES, at 1809 S STREET, SUITE 101-272, SACRAMENTO, CA 95811. The mailing and this certification occurred at Sacramento, California, on the date shown below.

Date: October 17, 2019

(Original on File /s/)

_____
R. Padilla, Deputy Clerk

Superior Court of California, County of Sacramento
Small Claims Division
301 Bicentennial Circle
Sacramento, CA 95826-2701 - (916) 875-7746

FEB 27 2020

CASE TITLE
FATIMA KATUMBUSI vs. OAK VALLEY APARTMENTS, LP

By A. Southworth, Deputy Clerk

### TRIAL DE NOVO - NOTICE OF ENTRY OF JUDGMENT

19SC03421

FATIMA KATUMBUSI
P.O. BOX 728
RANCHO CORDOVA, CA 95741-0728

The above entitled matter came before the court on February 14, 2020, at 9:00 AM, in Department 88, with COMMISSIONER KENNETH BRODY, presiding and Court Clerk A. SOUTHWORTH, for hearing on the appeal of Defendant OAK VALLEY APARTMENTS, LP, herein from a judgment of the Small Claims Court of the Superior Court of California, County of Sacramento.

Plaintiff FATIMA KATUMBUSI was present. Debra Miles, authorized representative for Defendant OAK VALLEY APARTMENTS, LP was present with Attorney TREVOR MIRKES.

The Motion to Dismiss for Abuse of Privilege for the Sole Purpose of Delay was reviewed and Denied.

The matter proceeded to trial and the matter was taken under submission.

On February 27, 2020, the Court hereby rules as follows:

Evidence having been presented and the cause argued for decision:

IT IS ORDERED, ADJUDGED AND DECREED, that the Plaintiff FATIMA KATUMBUSI have and recover from the Defendant OAK VALLEY APARTMENTS, LP the principal in the amount of $117.00.

Further, the Defendant OAK VALLEY APARTMENTS, LP shall pay court fees and costs in the amount of $90.00 directly to the court.

Plaintiff is entitled to 25% reduction of rent (tenant's share under HCV program) for one year of past habitability violations. $39.00 (rent) x 12 months = $468.00. One year rent ($468.00) x 25% = $117.00.

Date: February 27, 2020

(Original on File /s/)
_____
Commissioner Kenneth Brody
Superior Court of California, County of Sacramento,
Small Claims Division

CLERK'S CERTIFICATE OF MAILING - I, the Clerk of this court, certify I am not a party to this action, and on the date shown below, served the foregoing notice by depositing true copies, enclosed in separate sealed envelopes to Plaintiff FATIMA KATUMBUSI, at P.O. BOX 728, RANCHO CORDOVA, CA 95741-0728 and Defendant OAK VALLEY APARTMENTS, LP, at 1809 S STREET, SUITE 101-272, SACRAMENTO, CA 95811, Attorney for Defendant TREVOR MIRKES, at 1809 S STREET, SUITE 101-272, SACRAMENTO, CA 95811. The mailing and this certification occurred at Sacramento, California, on the date shown below.

Date: February 28, 2020

(Original on File /s/)
_____
A. Southworth, Deputy Clerk

OFFICIAL USE

**Request to Correct or Cancel Answer (Small Claims)**

...ncel a small claims
...0 days after the clerk mailed
...g this form does **not** extend

...correct or cancel a
...le it at the clerk's office. The
...intiffs and defendants in your
...defendants at least 10 days to
...sion to you or tell you to go to
... must use Form SC-135,
...ration.

03/19/2020

If you receive this form, read below, then fill out ⑥ through ⑨ on page 2.
The court will mail its decision to you or tell you to go to a court hearing.

Fill in court name and street address:
**Superior Court of California, County of Sacramento**
**Carol Miller Justice Center**
**301 Bicentennial Circle**
**Sacramento, CA  95826-2701**

① **The person asking the court to correct or cancel a judgment is:**
Name: Fatima Ann Katumbusi
Address: P.O. Box 728, Rancho Cordova, CA  95741-0728
Check one: ☐ A defendant in this case
☑ A plaintiff in this case

Fill in your case number and case name below:

Case Number:
**19S 03421**

Case Name:
**Katumbusi v. OAK VALLEY APARTMENTS, LP**

② **Notice to:**
*(List names and addresses of all other defendants and plaintiffs in your case.)*

| | Name | Address |
|---|---|---|
| a. | Debra Miles et.al | 1809 S. STREET, SACRAMENTO, CA  95811 |
| b. | | |
| c. | | |
| d. | | |

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-108, Item 2" on top.*

③ **I ask the court to** *(check one):*

a. ☐ Correct the following clerical error in the judgment.
List the error: _____
Change to: _____
Explain why this correction is needed: _____
_____

b. ☑ Cancel the judgment because the court applied the wrong law to this case. *(Explain):*
improper venue;no stip to commissioner to trial de novo pursuant to CA Constitution Art. IV sec
21. ; judgment legally wrong and did not apply the law to the evidence presented in the right way.

☐ *Check here if you need more space. Use Form MC-031 or a plain sheet of paper. Write "SC-108, Item 3" on top.*

④ In making its order, I ask the court to consider the information on this form, any records on file, and, if the court holds a hearing, the evidence presented at that hearing.

⑤ I declare under penalty of perjury under California state law that the information above and on all attachments is true and correct.
Date: 3/16/2020

Fatima Ann Katumbusi
*Type or print your name*                    *Sign your name*

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2011, Optional Form
Code of Civil Procedure, §§ 116.725; California Rules of Court, rule 3.2107

**Request to Correct or Cancel Judgment and Answer**
**(Small Claims)**

SC-108, Page 1 of 2
→

**CERTIFIED MAIL® RECEIPT**

CENTER-SMALL CLAIMS DIVISION

SC-140

SMALL CLAIMS CASE NO.: 19SC03421

DEFENDANT/DEMANDADO (Name, address, and telephone number of each):

**OAK VALLEY APARTMENTS, LP**
**C/O TREVOR MIRKES, ATTORNEY**
**1809 S. STREET, SUITE 101-272, SAC 95811**

Telephone No.:

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

## NOTICE OF FILING NOTICE OF APPEAL

TO ☐ Plaintiff (name):
☑ Defendant (name): **OAK VALLEY APARTMENTS, LP**

Your small claims case has been APPEALED to the superior court. Do not contact the small claims court about this appeal. The superior court will notify you of the date you should appear in court. The notice of appeal is set forth below.

La decisión hecha por la corte para reclamos judiciales menores en su caso ha sido APELADA ante la corte superior. No se ponga en contacto con la corte para reclamos judiciales menores acerca de esta apelación. La corte superior le notificará la fecha en que usted debe presentarse ante ella. El aviso de la apelación aparece a continuación.

Date: _____                    Clerk, by _____ , Deputy

## NOTICE OF APPEAL

I appeal to the superior court, as provided by law, from
☑ the small claims judgment **or** ☐ the denial of the motion to vacate the small claims judgment.

DATE APPEAL FILED (clerk to insert date): _____

Fatima Ann Kahimbui
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPELLANT OR APPELLANTS ATTORNEY)

☐ I am an insurer of defendant (name) _____ in this case. The judgment against
defendant exceeds $2,500, and the policy of insurance with the defendant covers the matter to which the judgment applies.

_____
(NAME OF INSURER)

▶ _____
(SIGNATURE OF DECLARANT)

## CLERK'S CERTIFICATE OF MAILING

I certify that
1  I am not a party to this action.
2  This Notice of Filing Notice of Appeal and Notice of Appeal were mailed first class, postage prepaid, in a sealed envelope to
   ☐ plaintiff
   ☐ defendant
   at the address shown above.
3. The mailing and this certification occurred
   at (place): _____ , California,
   on (date): _____                    Clerk, by _____ , Deputy

Form Approved for Optional Use
Judicial Council of California
SC-140 [Rev January 1 2007]

**NOTICE OF APPEAL**
**(Small Claims)**

Page 1 of 1
Code of Civil Procedure § 116.710
www.courtinfo.ca.gov

SC-135

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com
OFFICIAL USE
Certified Mail Fee $3.55
0660
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $0.00
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $0.55
Total Postage and Fees $4.10
Sent To
Street and Apt No., or PO Box No.
Clerk 301 Bicentennial
SACH, CA 90926 SC-135
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

SMALL CLAIMS CASE NO.: 19SC03421

DEFENDANT/DEMANDADO *(Name, street address, and telephone number of each):*
**OAK VALLEY APARTMENTS, LP**
**C/O 1809 S STREET, SUITE 102-272**
**SACRAMENTO, CA 95811**

Telephone No.:

Telephone No.:

...efendants.

...TORNEY

| One of the parties has asked the court to CANCEL the small claims judgment in your case. If you disagree with this request, you should appear in this court on the hearing date shown below. If the request is granted, **ANOTHER TRIAL** may immediately be held. Bring all witnesses, books, receipts, and other papers or things with you to support your case. | Una de las partes en el caso le ha solicitado a la corte que DEJE SIN EFECTO la decisión tomada en su caso por la corte para reclamos judiciales menores. Si usted está en desacuerdo con esta solicitud, debe presentarse en esta corte en la fecha de la audiencia indicada a continuación. Si se concede esta solicitud, es posible que se efec- túe otro juicio inmediatamente. Traiga a todos sus testigos, libros, recibos, y otros documentos o cosas para presentarlos en apoyo de su caso. |
| --- | --- |

### NOTICE OF MOTION TO VACATE (CANCEL) JUDGMENT

1. A hearing will be held in this court at which I will ask the court to cancel the judgment entered against me in this case. If you wish to oppose the motion you should appear at the court on

| HEARING DATE | DATE | DAY | TIME | PLACE | COURT USE |
| --- | --- | --- | --- | --- | --- |
| FECHA DEL JUICIO | 1. | | | | |
| | 2. | | | | |
| | 3. | | | | |

2. I am asking the court to cancel the judgment for the reasons stated in item 5 below. My request is based on this notice of motion and declaration, the records now on file with the court, and any evidence that may be presented at the hearing.

### DECLARATION FOR MOTION TO VACATE (CANCEL) JUDGMENT

3. Judgment was entered against me in this case on *(date):* 02/27/2020
4. I first learned of the entry of judgment against me on *(date):*
5. I am asking the court to cancel the judgment for the following reason: **Improper Venue; no consent to commissioner**
   a. ☐ I did not appear at the trial of this claim because *(specify facts):*
   b. ☑ Other *(specify facts):* did not consent or sign stip to Trial De Novo to be presided by a commissioner.
6. I understand that I must bring with me to the hearing on this motion all witnesses, books, receipts, and other papers or things to support my case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 03/16/2020

Fatima Ann Katumbusi
*(TYPE OR PRINT NAME)*                                    *(SIGNATURE)*

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this action. This Notice of Motion to Vacate Judgment and Declaration was mailed first class, postage prepaid, in a sealed envelope to the responding party at the address shown above. The mailing and this certification occurred at *(place):* _____, California,

on *(date):* _____                Clerk, by _____, Deputy

– The county provides small claims advisor services free of charge. –

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
SC-135 [Rev. January 1, 2007]

**NOTICE OF MOTION TO VACATE JUDGMENT AND DECLARATION**
**(Small Claims)**

Code of Civil Procedure §§ 116.720, 116.730, 116.740
www.courtinfo.ca.gov

# Here is your 2021 Lease Renewal!

1. Please make sure all forms are <u>initialed</u> at the bottom left corner

2. Please double check you <u>sign</u> all the forms that request a signature

Please be sure to drop the packet back as soon as it is completed to the Logan Park rent drop box.

*4215 Palm Ave. Sacramento, Ca 95842*

**Renter's Insurance**

- **Management has included Renter's Insurance onto your lease renewal, which is an additional $17/monthly. Please remember to include it onto your next month's rent.**
- **If you are currently signed up onto your own renter's insurance, outside provider, please provide a copy of your policy's declaration as soon as possible.**

If you have any questions, please give the office a call. 916-344-4494

Logan Park

Compliance Department



# LEASE CONTRACT
CERTIFIED LEASE • CALIFORNIA

| PARTIES AND LEASED PREMISES | | |
|---|---|---|
| **Owner**<br>Oak Valley Apartments, LP | **Address**<br>5511 Harrison Street, North Highlands, CA  95660 | **Phone**<br>(916) 344-7256 |

| **Residential Community** |
|---|
| Bridges at Five Oaks |

| **Street Address**<br>5520 Harrison St | **City**<br>North Highlands | **State**<br>California | **ZIP**<br>95660 |
|---|---|---|---|

| **Residents**<br>Fatima A. Katumbusi | **Leased Premises**<br>M-94 |
|---|---|

| **Street Address**<br>5520 Harrison Street | **City**<br>North Highlands | **State**<br>California | **ZIP**<br>95660 |
|---|---|---|---|

| **Occupants** |
|---|
| Zacharias Katumbusi (Dependent) |

| LEASE TERM | | | | |
|---|---|---|---|---|
| **Type**<br>☐ Move-In  ☒ Renewal | **Length**<br>Month-to-month | **Start Date**<br>5/1/2021 | **End Date**<br>N/A | **Date Signed**<br>January 6, 2021 |

| RENT | | |
|---|---|---|
| **Payable To**<br>Oak Valley Apartments, LP | **Address**<br>5511 Harrison Street, North Highlands, CA  95660 | **Phone**<br>(916) 344-7256 |

| **Usual Days and Hours When Rent May be Personally Paid**<br>weekdays, 9am-12pm, 1pm-5pm | **Due On**<br>1st | **Late On**<br>3rd | **Fax**<br>(   )   - |
|---|---|---|---|

| CHARGES | | | | | |
|---|---|---|---|---|---|
| Dishonored Payment (After 1st) | $40.00 | Utilities (Late Setup) | $40.00 | Late Payment | $75.00 |
| Dishonored Payment | $40.00 | | | | |

| MONTHLY PAYMENTS | | DEPOSITS | | ONE-TIME FEES | |
|---|---|---|---|---|---|
| Base Rent | $128.00 | Security Deposit | $299.00 | Application Fee(s)<br>Paid $50.00 | $0.00 |
| Renters Insurance | $17.00 | **TOTAL REFUNDABLE SECURITY DEPOSITS** | $299.00 | **TOTAL ONE-TIME FEES** | $0.00 |
| Local Housing Voucher | $1,256.00 | | | | |
| **TOTAL MONTHLY PAYMENT** | $1,401.00 | | | | |

THIS RESIDENTIAL LEASE CONTRACT (this "Agreement") is made and entered into as of the **6th** day of **January, 2021**, by and between Owner of Residential Community ("Owner") and **Fatima A. Katumbusi**, jointly and severally (hereinafter collectively "Residents"). Owner hereby leases to Residents the premises at **5520 Harrison Street #M-94, North Highlands, CA  95660** (the "Leased Premises"), located within **Bridges at Five Oaks** (the "Residential Community"), for use exclusively as a private residence, and not for any other purpose, except as specifically mandated by applicable law. The Leased Premises may also include the right to rent additional features such as parking spaces, storage and garage spaces, which, if applicable, will be designated and included in a separate written agreement. Residents' performance of their obligations contained in this Agreement may be guaranteed by a third party. Any third-party guarantee agreements will be included with and attached to this Agreement, but such third party will not have a right to possession of the Leased Premises. Owner's representatives, agents, affiliates, successors, assigns, employees, officers, and directors ("Owner's Related Parties") are hereby incorporated by reference to benefit from any and all waivers, releases, and limitations of liability made by Residents hereunder, but are not personally responsible for any of Owner's obligations under this Agreement.

**1.  OCCUPANCY OF THE LEASED PREMISES.    In addition to Resident(s), only the following occupants ("Occupants") may reside in the Leased Premises: Zacharias Katumbusi (Dependent).** No other persons have permission to occupy the Leased Premises unless such permission is in writing and signed by Owner or its authorized agent. Owner's acceptance of rent from any other individual shall be deemed to be the payment of rent on behalf of the

 

otherwise provided ("Paid in Full") and paid in advance, without demand or deduction, on or before the **1st** day of each month ("Due Date") in the form of **personal check, cashier's check or money order**. Rent and all other sums due to Owner will be payable to **Oak Valley Apartments, LP, 5511 Harrison Street, North Highlands, CA 95660, (916) 344-7256**. The usual days and hours when payments may be made personally are: **weekdays, 9am-12pm, 1pm-5pm, 5520 Harrison St, North Highlands, CA 95660**. Payments made will not be held at the request of anyone - all payments made will be directly deposited. It is Residents' responsibility to be certain that each payment is actually _received_ by Owner on or before its due date. Use of a rental payment drop box, if one is provided by Owner, is for Residents' convenience – the risk of receipt of funds by Owner when such box is used is Residents' risk, and not Owner's risk.

If in any month, rent is not paid before the **3rd** day of the month, payment must be in the form of **certified check or money order**. If Owner serves Residents with a notice to pay rent or surrender possession, which Owner may do on any date after the Due Date, any payment tendered following service of said notice must be in the form of **certified check or money order**.

If Residents make any payment by check, it may be converted into an electronic funds transfer (EFT). This means Owner will copy the check and use the account information on it to electronically debit Residents' account for the amount of the check. The debit from Residents' account will usually occur within twenty-four (24) hours, and may occur as early as the same day as Owner receives payment. The debit will be shown on Residents' regular account statement. Residents will not receive the original check back. Owner will destroy your original check, but will keep a copy of it to the extent required by applicable laws. If the EFT cannot be processed for technical reasons, Residents authorize Owner to process the copy in place of the original check. If the EFT cannot be completed because of insufficient funds, Owner may require payment in certified funds.

5.   **LATE PAYMENTS AND FEES.**   Owner and Residents agree that it is and will be impracticable and extremely difficult to fix the actual damages suffered by Owner in the event Residents make a late payment of rent, or when Residents make a payment that is subsequently dishonored by the bank, but the Parties agree that Owner does, in the event of late payment or in the event of a dishonored check, incur certain costs, such as additional bookkeeping and administrative charges, bank charges, lost opportunity costs of the late payment. After making a reasonable endeavor to estimate accurately the approximate costs associated with such a breach, the Parties agree that the below charges represent a reasonable approximation of the damages Owner is likely to suffer from a late or dishonored payment. Owner and Residents further agree that this provision does not establish a grace period of the payment of rent, and that Owner may give Residents a written notice to pay or quit the Leased Premises in accordance with State law at any time after the payment is due. Owner shall have all remedies under the law and this Agreement in the event Resident fails to timely pay the rent or other amounts owed. At Owner's sole discretion, Owner may report any delinquent rent or other amounts owed to a credit reporting agency.

   **5.1.  Late Payments.**   If Residents have not paid the full rent payment within **2** day(s) after it is due under this Agreement, Residents shall pay a sum of **$75.00**, as stipulated liquidated damages for the amount of damages Owner will be forced to endure in the event of rent being paid late.

   **5.2.  Dishonored Payments.**   Residents shall pay Owner a sum of **$40.00** for the first returned payment and a sum of **$40.00** for any additional returned payments, as stipulated liquidated damages, as both Residents and Owner hereby agree that the amount of damages Owner will be forced to endure in the event of such returned payments. In the event of a dishonored payment, Residents may, at Owner's option, be required to pay the rent and applicable late charges by **certified check or money order**. If **one (1)** or more payments submitted by Residents are, for any reason whatsoever, dishonored by the financial institution upon which it is drawn in any **twelve (12)** month period, Residents shall be required to pay all future rent and other charges by **certified check or money order** plus any and all costs required in the collection of said payments.

6.   **PAYMENTS.**   Owner is not obligated to accept partial payments of rent or other charges after the expiration of a Notice to Pay Rent or Quit or Notice to Perform Covenant or Quit. Except for rent, all charges are due immediately and to be paid upon Owner's demand. To the extent allowed by law, Owner may first apply payments received to any unpaid amounts other than rent, and/or Owner may apply payments received to the oldest amounts due from Resident before applying any payments to current amounts due, all irrespective of any written or verbal requests by Residents or when the charges may have accrued. To the extent that payments are made by Residents that Owner first applies to prior to Residents' prior amounts due, and the payments are not in amount to also cover Residents' current amounts due, Residents are advised and acknowledge that such a shortfall in the amounts paid can be subject to the provisions regarding late payments as specified above.

   **6.1.  Third-Party Payments.**   Owner or Owner's agent is not required to accept the rent payment tendered by a third party unless the third party has provided to Owner or Owner's agent a signed acknowledgment stating that they are not currently a resident of the Leased Premises for which the rent payment is being made and that acceptance of the rent payment does not create a new tenancy with the third party. Failure by a third party to provide the signed

---

 Initial: _____                                3                                 LEASE CONTRACT



## Mold Test Company

62 Industrial Park Rd
Dawsonville, Georgia 30534
Phone: 844-333-6653

## PAYMENT RECEIPT

Payment Date       **17 Mar 2020**

Reference Number

Payment Mode       **Cash**

Amount Received
$299.00

**Bill To**

**fATIMA KATUMBUSI**
5520 HARRISON STREET APT 94
Sacramento, CA  95815
9162582485

# Payment for

| Invoice Number | Invoice Date | Invoice Amount | Payment Amount |
|----------------|--------------|----------------|----------------|
| INV-004519 | 16 Mar 2020 | $299.00 | $299.00 |



**EMSL Analytical, Inc.**
29 North Plains Highway, Unit # 4 Wallingford, CT 06492
Tel/Fax: (203) 284-5948 / (203) 284-5978
http://www.EMSL.com / wallingfordlab@emsl.com

EMSL Order: 242001909
Customer ID:
Customer PO:
Project ID:

| | |
|---|---|
| **Attn:** Mold Test Company | **Phone:** (678) 894-2762 |
| Mold Test Company | **Fax:** |
| | **Collected:** |
| Gainesville, GA 30501 | **Received:** 03/18/2020 01:10 PM |
| | **Analyzed:** 03/19/2020 |
| **Project:** FATIMA KATUMBUSI | |

### Test Report:Air-O-Cell(™) Analysis of Fungal Spores & Particulates by Optical Microscopy (Methods MICRO-SOP-201, ASTM D7391)

| Lab Sample Number: | 242001909-0001 | | | 242001909-0002 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Client Sample ID: | 3025 2816 | | | 3021 0583 | | | | | |
| Volume (L): | 150 | | | 150 | | | | | |
| Sample Location: | KITCHEN LIVING ROOM | | | OUTSIDE | | | | | |
| Spore Types | Raw Count | Count/M³ | % of Total | Raw Count | Count/M³ | % of Total | | | |
| Ascospores | - | - | - | 2 | 60 | 4 | | | |
| Aspergillus/Penicillium | 71 | 2200 | 79.1 | 1 | 27 | 1.7 | | | |
| Basidiospores | 3 | 90 | 3.2 | 4 | 100 | 6.6 | | | |
| Chaetomium | - | - | - | - | - | - | | | |
| Cladosporium | 16 | 480 | 17.3 | 46 | 1300 | 86.7 | | | |
| Curvularia | - | - | - | - | - | - | | | |
| Epicoccum | - | - | - | - | - | - | | | |
| Fusarium | - | - | - | - | - | - | | | |
| Myxomycetes++ | - | - | - | - | - | - | | | |
| Pithomyces++ | - | - | - | - | - | - | | | |
| Rust | - | - | - | 1* | 7* | 0.5 | | | |
| Smuts/Myxomycetes/Periconia | - | - | - | - | - | - | | | |
| Stachybotrys/Memnoniella | - | - | - | - | - | - | | | |
| Unidentifiable Spores | - | - | - | - | - | - | | | |
| Zygomycetes | - | - | - | - | - | - | | | |
| Other | - | - | - | - | 10* | 0.7 | | | |
| **Total fungi** | **90** | **2780** | **100** | **54** | **1517** | **100** | | | |
| Hyphal Fragment | - | - | - | - | 30 | - | | | |
| Insect Fragment | 1 | 30 | - | - | - | - | | | |
| Pollen | - | 300 | - | 300 | 8810 | - | | | |
| Analyt. Sensitivity 600x | | 31 | | | 31 | | | | |
| Analyt. Sensitivity 300x | | 1 | | | 1 | | | | |
| Skin Fragments (1-4) | | 1 | | | 1 | | | | |
| Fibrous Particulate (1-4) | | 1 | | | 1 | | | | |
| Background (1-5) | | 2 | | | 1 | | | | |

++ Includes other spores with similar morphology; see EMSL's fungal glossary for each specific category.

No discernable field blank was submitted with this group of samples.

_Gloria V. Oriol-Aguilar, Microbiology Director_
_or other Approved Signatory_

High levels of background particulate can obscure spores and other particulates, leading to underestimation. Background levels of 5 indicate an overloading of background particulates, prohibiting accurate detection and quantification. Present = Spores detected on overloaded sample. Results are not blank corrected unless otherwise noted. The detection limit is equal to one fungal spore, structure, pollen, fiber particle or insect fragment. *** Denotes particles found at 300X. "-" Denotes not detected. Due to method stopping rules, raw counts in excess of 100 are extrapolated based on the percentage analyzed. EMSL maintains liability limited to cost of analysis. Interpretation and use of test results are the responsibility of the client. This report relates only to the samples reported above, and may not be reproduced, except in full, without written approval by EMSL. EMSL bears no responsibility for sample collection activities or analytical method limitations. The report reflects the samples as received. When the information supplied by the customer can affect the validity of the result, it will be noted on the report.

Samples analyzed by EMSL Analytical, Inc. Wallingford, CT AIHA-LAP, LLC–EMLAP Lab 165118

Initial report from: 03/19/2020 10:24 AM

For information on the fungi listed in this report, please visit the Resources section at www.emsl.com

## NOTICE TO TENANTS

September 17, 2018

To All Tenants
Oak Valley Apartments
5520 Harrison Street
North Highlands, CA 95285

Re:   Transfer of Control of Oak Valley Apartments

Dear Resident:

Please be advised that, effective as of the date hereof the general partnership interests of Oak Valley Apartments, L.P. ("Owner"), the owner of Oak Valley Apartments, have been transferred by Oak Valley Apartments, LLC, and Western Community Housing, Inc. to CAP VIII – Bridges, LLC and Rainbow Housing Assistance Corporation.  Owner will continue to operate the property under a new management company.  This transfer of partnership interests does not change any obligations of the landlord under your lease, including any obligations with respect to your security deposit.

Accordingly, please continue to make all payments due under your lease to Oak Valley Apartments, and any notices, inquiries or requests relating thereto, to Owner at the following address:

Oak Valley Apartments
5520 Harrison Street
North Highlands, CA 95285

Very truly yours,

Oak Valley Apartments, LP
a California limited partnership

By:   Oak Valley Apartments, LLC,
a Utah limited liability company,
its Administrative General Partner

By: _____
Kipling Sheppard, President

10/19/2020 

## my apartment smells like gas/propane

From: Fatima Katumbusi (katumbusi@yahoo.com)

To: dmiles@reliantpropertymgmt.com; wsmith@reliantpropertymgmt.com

Date: Monday, May 25, 2020, 02:36 PM PDT

Hello Debra,

Are you currently managing the Bridges?

FYI, Upstairs are burning some sort of gas/propane and it is in our apartment affecting our health.

Fatima Katumbusi
5520 Harrison Street 94
North Highlands, CA  95660

10/19/2020 

## Service Request Completed for M-94

From: bridges@reliantpropertymgmt.com

To:     katumbusi@yahoo.com

Date:  Tuesday, February 25, 2020, 08:13 AM PST

**Dear Fatima Katumbusi,**

The service request for service issue #1271-1, `Other - Please see comments (When I arrived home this evening my apartment again is permenated with marijuana, and other substance in throughout our unit. As you have stated that there is nothing that you can do about it. Which goes against providing a safe and drug free environment.)` was completed on 2/25/2020 8:12:00 AM.
The technician completed the following action(s): Other - Please see completion notes (Debra called resident and left message. She will need to be able to give apartment number so we can serve a notice).

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(916) 344-7256

10/19/2020 

## Service Request Completed for M-94

From: bridges@reliantpropertymgmt.com

To:   katumbusi@yahoo.com

Date: Tuesday, March 10, 2020, 02:26 PM PDT

**Dear Fatima Katumbusi,**

The service request for service issue #1325-1, `Other - Please see comments (This is informational to Management [Debra, and Warren] that drugs are and continue to permeate through my apartment.Yesterday morning from the upstairs unit and last night, next door tenant were smoking their drugs which was coming in my unit and is affecting our health.)` was completed on 3/10/2020 2:25:00 PM.
The technician completed the following action(s): Other - Please see completion notes (No completion notes entered).

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(916) 344-7256

10/14/2020                                   

## Service Request Completed for M-94

From:  bridges@reliantpropertymgmt.com

To:    katumbusi@yahoo.com

Date:  Thursday, September 10, 2020, 2:29 PM PDT

**Dear Fatima Katumbusi,**

The service request for service issue #1872-1, `Other - Please see comments (Previously I have brought to the management's attention that several cars are deliberately parking their vehicles backwards allowing exhaust fumes to enter my unit. A restraining order has been filed against 96 for this very issue and it is deliberate.)` was completed on 9/10/2020 2:28:00 PM.
The technician completed the following action(s): Other - Please see completion notes (We took pictures of the cars parked backwards in front of the unit 94/95).

Please contact your leasing office if you have any questions or concerns.

Thank you,
Bridges at Five Oaks
5520 HARRISON ST
SACRAMENTO, CA 95842
(916) 344-7256

10/14/2020

## RE: Drugs Again

From: Warren Smith (wsmith@reliantpropertymgmt.com)

To: katumbusi⬛⬛⬛m; dmiles@reliantpropertymgmt.com; Bridges@reliantpropertymgmt.com

Date: Tuesday, April 14, 2020, 12:45 PM PDT

Good Morning,

    With current Shelter in Place orders due to Covid 19, as well as other  Covid 19 restrictions in place and the legalizing of Marijuana in California, we have been rendered powerless. The best we can do is offer a Transfer when we an available Apartment. Perhaps a Cottage which would provide less common walls. Please advise how you would like us to proceed

Cheers

Warren Smith

**RELIANT PROPERTY MANAGEMENT**

4215 Palm Ave | Sacramento, CA 95842

T: 916-344-4494| F: 916-344-5142

E: wsmith@reliantpropertymgmt.com

**From:** Fatima Katumbusi [mailto:katumbusi@yahoo.com]
**Sent:** Tuesday, April 14, 2020 12:20 PM
**To:** Debra Miles <dmiles@reliantpropertymgmt.com>; Bridges at Five Oaks <Bridges@reliantpropertymgmt.com>; Warren Smith <wsmith@reliantpropertymgmt.com>
**Subject:** Drugs Again

Good morning Debra,

Like clock work. Early this  morning and as I write this e-mail informing you that our apartment is smokey and

So, this is documentation informing you of such.

Fatima Katumbusi

## : RELENTLESS HARASSMENT-CEASE AND DESIST

From:  Fatima Katumbusi (katumbusi@yahoo.com)

To:    afernandez@reliantpropertymgmt.com; vrybin@reliantpropertymgmt.com; pcamacho@reliantpropertymgmt.com; wsmith@reliantpropertymgmt.com

Date:  Monday, October 5, 2020, 12:23 PM PDT

Good afternoon Warren,

Thank you for your response.

Unfortunately, there is not a permanent restraining order from the court. Although, there is another temporary restraining order filed within the courts.

As to the vehicles backing into the stalls. I am **NOT** requesting you tow anyone's vehicles. It is just ironic that those who park forward for a numerous of years started backing in their vehicles in front of my unit and my child's bedroom window causing exhaust fumes to enter our dwelling.

We have gone over this Marijuana being legal in California once before. However, you are aware and it is in the lease agreement, whereby this community receives Low-Income Housing Tax Credits (LIHTC). Through the Federal/state bond program appropriated through the California Tax Credit Allocation Committee. You have a duty and responsibility to ensure our health and safety are not put at risk.

According to HUD, there are certain restrictions tied to tax credit units/properties. Section 577 of the Quality Housing and Work Responsibility Act (QHWRA). States, regardless marijuana is legal in the state of California. It is an illegal controlled substance under the act. It is also illegal for medicinal or recreational purposes under the Controlled Substance Act (CSA). Ditto the lease agreement. Any tax credit properties who became effective with California Tax Allocation Credit (CTAC), must adhere to the compliance policies in place with the bond program.

What you are saying is, there is nothing you can do about the drugs permeating in my unit , bullying, harassment, threats of bodily harm and destruction of property?

The Governor's executive moratorium, prohibits landlords from evicting tenants for **nonpayment** of rents. It also states, that tenants may be evicted for reasons other than not paying rent per the executive order.

Lastly, I can surmise that these acts are retaliatory and direct harassment since you would not put a stop to all this. I'm demanding that such acts to cease and desist.

Sincerely,
Fatima Katumbusi

day, September 21, 2020, 11:56:45 AM PDT, Warren Smith <wsmith@reliantpropertymgmt.com> wrote:


Fatima:

1. Please provide Permanent Restraining Order as we cannot act on Temporary Restraining Order
2. We will again request Residents to park nose in, unfortunately we can not tow cars for backing into stalls
3. Marijuana  has been legalized in California
4. COVID restrictions for Landlords implemented by the State of California makes any sort of Lease violations impossible to enforce


I do have a Cottage coming available that would resolve all your concerns are you interested in transferring?



Cheers

Warren Smith

**RELIANT PROPERTY MANAGEMENT**

4215 Palm Ave | Sacramento, CA 95842

T: 916-344-4494| F: 916-344-5142

E: wsmith@reliantpropertymgmt.com


**From:** Fatima Katumbusi <katumbusi@yahoo.com>
**Sent:** Monday, September 21, 2020 11:46 AM
**To:** Warren Smith <wsmith@reliantpropertymgmt.com>; Alondra Fernandez
<afernandez@reliantpropertymgmt.com>; Valentina Rybin <vrybin@reliantpropertymgmt.com>;
5oaks@reliantpropertymgmt.com; Patty Camacho <pcamacho@reliantpropertymgmt.com>
**Subject:** RELENTLESS HARASSMENT-CEASE AND DESIST


This e-mail serves as a warning that further harassment and retaliatory tactics has to stop.

It is quite clear that  you (management) have and continue to cause a hostile living situation and fail to ensure our health and safety are secured.

Firstly,  I was threatened by my neighbor that she will kick my door in and challenging me to a physical altercation.  You are also  aware, I filed many restraining orders filed against her as well.

Secondly, certain tenants are backing their vehicles in the parking stalls causing exhaust fumes entering our apartment unit.  Which prompt me to contact management yesterday, at the neighboring community informing them of the incident. Later that evening, another tenant backed in his vehicle in front of my unit and when he left for work this morning his vehicle exhaust fumes were overwhelmingly in our unit.

Third,   our apartment unit wreaked  of marijuana and other substance all day yesterday and into the wee hours of the morning. Overwhelmingly, permeating throughout our entire unit especially in my son's bedroom and bathroom. Prompting to keep our windows opened throughout the night.

Previously, I've e-mailed, called and even verbally communicated with you about these same issues and it appears these retaliatory methods have upped the ante.

These tactics has to stop. If you need to speak to me, the best way is via e-mail.

Thanks

Best,

Fatima Katumbusi

5520 Harrison Street, 94

North Highlands, CA  95660

# Failed Annual Inspection Notification

**SHRA**

INVESTING IN COMMUNITIES

March 07, 2019

***Sting***
FATIMA KATUMBUSI
5520 HARRISON ST 94
NORTH HIGHLANDS, CA 95660

**OAK VALLEY APARTMENTS**
**5520 HARRISON ST**
**NORTH HIGHLANDS, CA 95660**

Dear Owner/Tenant

On ___03/05/2019___ our agency conducted an inspection of the unit located at:

5520 HARRISON ST 94
NORTH HIGHLANDS, CA 95660

Please see the reverse side of this letter for the details of the items that need correction. In order to complete the inspection process, the items will need to be corrected by ___04/02/2019___. A reinspection has been scheduled for ___04/02/2019___ between 8:00am and 5:00 pm. It is a shared responsibility of the owner and tenant to provide access to the unit for the inspection.

Owner Fail Items: Be advised that failure to complete these repairs and/or have a passed re-inspection by the specified time frames will result in abatement of your housing assistance payments on ___05/01/2019___ and termination of the contract on ___05/30/2019___.

Tenant Fail Items: You must provide access and all tenant designated fail items must pass on this scheduled inspection date or your program eligibility will be terminated in accordance with federal regulations. No matter who is at fault, if the unit fails re-inspection the tenant must continue to pay their portion of the rent or the owner may take legal action to evict.

You may call (916) 264-1655 for any questions.

Inspector #: in03
Client #: 10018200





Sacramento Housing & Redevelopment Agency 630 I Street, Sacramento, CA 95814
Phone (916) 440-1390 | fax (916) 449-1285 | www.shra.org



## : RELENTLESS HARASSMENT-CEASE AND DESIST

From: Fatima Katumbusi (katumbusi@yahoo.com)

To:   afernandez@reliantpropertymgmt.com; vrybin@reliantpropertymgmt.com;
      pcamacho@reliantpropertymgmt.com; wsmith@reliantpropertymgmt.com

Date. Monday, October 5, 2020, 12:23 PM PDT

Good afternoon Warren,

Thank you for your response.

Unfortunately, there is not a permanent restraining order from the court. Although, there is another
temporary restraining order filed within the courts.

As to the vehicles backing into the stalls. I am **NOT** requesting you tow anyone's vehicles. It is
just ironic that those who park forward for a numerous of years started backing in their vehicles in
front of my unit and my child's bedroom window causing exhaust fumes to enter our dwelling.

We have gone over this Marijuana being legal in California once before. However, you are aware
and it is in the lease agreement, whereby this community receives Low-Income Housing Tax
Credits (LIHTC). Through the Federal/state bond program appropriated through the California
Tax Credit Allocation Committee. You have a duty and responsibility to ensure our health and
safety are not put at risk.

According to HUD, there are certain restrictions tied to tax credit units/properties. Section 577 of
the Quality Housing and Work Responsibility Act (QHWRA). States, regardless marijuana is legal
in the state of California. It is an illegal controlled substance under the act. It is also illegal for
medicinal or recreational purposes under the  Controlled Substance Act (CSA). Ditto the lease
agreement. Any tax credit properties who became effective with California Tax Allocation Credit
(CTAC), must adhere to the compliance  policies in place with the bond program.

What you are saying is, there is nothing you can do about the drugs permeating in my unit ,
bullying, harassment, threats of bodily harm and destruction of property?

The Governor's executive moratorium, prohibits landlords from evicting tenants for **nonpayment**
of rents. It also states, that tenants may be evicted for reasons other than not paying rent per the
executive order.

Lastly, I can surmise that these acts are retaliatory and direct harassment since you would not put
a stop to all this. I'm demanding that such acts to cease and desist.

Sincerely,
Fatima Katumbusi





7/29/2019

20180926_001543.jpg







Mold — halway bottom Wall.









Outlet Replaced Removal of Plug Finding of Murder





7/29/2019

20190713_185558.jpg



7/29/2019 20180926_001430.jpg



20190712_225953.jpg



7/29/2019

20190713_185611.jpg



Bathroom I

Front Bathroom 2019 - 08 - 22

Front bathroom  2019-08-31 — Wet.
Insulation

Bathroom I



Front bathroom! 2021-02-51

Leaking vent — living room.

2019-08-22



Hallway 2014





Hallway — 2019-08-13





Bathroom II -
ceiling damp
Dec 2016

Bathroom I-
Dispair



Bedroom I



Hallway









Kitchen ℗ outlet