UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. FATIMA ANN KATUMBUSI,<br><br>Plaintiff,<br><br>v.<br><br>WASATCH PROPERTY MANAGEMENT, et al.,<br><br>Defendants. | Case No. 2:22-cv-00250-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. Nos. 12, 20) |

Plaintiff Fatima Ann Katumbusi is proceeding *pro se* and *in forma pauperis* in this purported False Claims Act action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On February 24, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction (Doc. No. 12) be denied. (Doc. No. 20.) Specifically, the magistrate judge concluded that the injunction plaintiff seeks (an order prohibiting defendants from engaging in various forms of alleged harassment aimed at plaintiff), bears no relation to plaintiff's complaint filed in this action which concerns allegations that defendants submitted fraudulent claims to the federal government. (*Id.* at 4–5.) In addition, the magistrate judge noted that because plaintiff's complaint was being

/////

1  dismissed with leave to amend, plaintiff had failed to make the showing of a likelihood of success
2  on the merits of her claims required to be entitled to preliminary injunctive relief.  (*Id.* at 5.)
3      The pending findings and recommendations were served on the parties and contained
4  notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at
5  5.)  To date, no objections to the findings and recommendations have been filed, and the time in
6  which to do so has now passed.
7      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
8  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
9  findings and recommendations are supported by the record and by proper analysis.
10      Accordingly:
11      1.  The findings and recommendations issued on February 24, 2025 (Doc. No. 20), are
12          ADOPTED;
13      2.  Plaintiff's motion for a preliminary injunction (Doc. No. 12), is DENIED; and
14      3.  This matter is referred back to the assigned magistrate judge for all further pretrial
15          proceedings.
16      IT IS SO ORDERED.
17  Dated:  **March 19, 2025**
18                              DALE A. DROZD
                              UNITED STATES DISTRICT JUDGE

2