UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ex rel. FATIMA ANN KATUMBUSI,

Plaintiff,

v.

WASATCH PROPERTY MANAGEMENT, et al.,

Defendants

No. 2:22-cv-0250-DAD-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION

(Doc. No. 23)

Plaintiff is proceeding *pro se* and *in forma pauperis* in this False Claims Act action which she initiated by filing her complaint in this court on February 7, 2022. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On December 6, 2023, the assigned magistrate issued an order unsealing the complaint and the United States' Notice of Election to Decline Intervention. (Doc. No. 19.) On February 24, 2025, the magistrate judge screened plaintiff's complaint and dismissed it with leave to amend within thirty (30) days, finding that the complaint failed to state a cognizable claim. (Doc. No. 20). That order was served on plaintiff by mail directed to her address of record. After plaintiff failed to file an amended complaint or a notice of voluntary dismissal within the time provided, on April 23, 2025, the magistrate judge issued an order requiring plaintiff to show

cause in writing within fourteen (14) why this action should not be dismissed due to her failure to prosecute, failure to comply with court orders and failure to state a claim. (Doc. No. 22.) Again, that order was served on plaintiff by mail directed to her address of record. When plaintiff failed to respond to the order show cause in any way, on May 15, 25, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice. (Doc. No. 23.)

The pending findings and recommendations were served on plaintiff by mail and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) That time has long since passed with no objections, or any other submission, being filed by plaintiff.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on May 15, 2025 (Doc. No. 23) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and abide by court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 12, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE